IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-11783 (NG) |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael E. Zeliger, Esq., Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110-2804, as lead counsel for the plaintiff, CytoLogix Corporation in this action.

**FISH & RICHARDSON P.C.**

Date: September 1, 2004        By: /s/ Michael E. Zeliger
Michael E. Zeliger
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070 Telephone
(617) 542-8906 Facsimile

*Attorneys for Plaintiff*
*CytoLogix Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2004, a true and correct copy of the foregoing **NOTICE OF APPEARANCE**, was caused to be served on the attorney at the following addresses as indicated:

**BY FEDERAL EXPRESS**
Roger Chin
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304

*Attorneys for Defendant*
*Ventana Medical Systems, Inc.*

_____
Michael E. Zeliger