UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CYTOLOGIX CORPORATION,<br>        Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br>        Defendant. | CIVIL ACTION NO. 04-CV-11783-NG |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

Please enter the appearances of Michael S. D'Orsi, Esq. and Peter E. Gelhaar, Esq., both partners in the law firm of Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, MA 02108, as attorneys for defendant Ventana Medical Systems, Inc. in the above-entitled case.

Respectfully submitted,

/s/ Michael S. D'Orsi
Peter E. Gelhaar, Esq. (BBO #188310)
Michael S. D'Orsi, Esq. (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon St., 33rd Floor
Boston, MA 02108

Dated: September 7, 2004