UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-11783 (NG) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RON E. SHULMAN

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Ron E. Shulman of Wilson Sonsini Goodrich & Rosati, P.C., 650 Page Mill Road, Palo Alto, California 94304, be admitted to appear on behalf of defendant Ventana Medical Systems, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Mr. Shulman is and has been a member in good standing of the bar of the State of California since 1995 and the bar of the State of New York since 1982;

2. Mr. Shulman is and has been a member in good standing of the bars of the following United States District Courts and Circuit Courts of Appeals since the following dates:

| | |
|---|---|
| Northern District of California | 1996 |
| District of Colorado | 1997 |
| Eastern District of Michigan | 1985 |
| Eastern District of New York | 1982 |

-2-

      Southern District of New York    1982

      Western District of Texas    1997

      Federal Circuit    1987

3.    There are no disciplinary proceedings pending against Mr. Shulman as a member of the bar in any jurisdiction;

4.    Mr. Shulman has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5.    In further support of this motion, Mr. Shulman has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Shulman's admission to practice before this Court *pro hac vice*.

Dated: September 7, 2004                VENTANA MEDICAL SYSTEMS, INC.

                                            By its attorneys,

                                            /s/ Michael S. D'Orsi
                                            Peter E. Gelhaar (BBO #188310)
                                            Michael S. D'Orsi (BBO #566960)
                                            DONNELLY, CONROY & GELHAAR, LLP
                                            One Beacon Street, 33rd Floor
                                            Boston, Massachusetts 02108
                                            Tel (617) 720-2880