UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 04-11783 (NG) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PETER R. MUNSON

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Peter R. Munson of Wilson Sonsini Goodrich & Rosati, P.C., 3611 Valley Centre Drive, Suite 525, San Diego, California 92130, be admitted to appear on behalf of defendant Ventana Medical Systems, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Mr. Munson is and has been a member in good standing of the bar of the State of California since 1997;

2. Mr. Munson is and has been a member in good standing of the bars of the following United States District Courts and Circuit Courts of Appeals since the following dates:

| | |
|---|---|
| Southern District of California | 1997 |
| Central District of California | 1998 |
| Eastern District of California | 1998 |
| Northern District of California | 1998 |

|   |   |
|---|---|
| Federal Circuit | 1998 |
| 9th Circuit Court of Appeals | 1998 |
| California Supreme Court | 1997 |

3. Mr. Munson is and has been a member in good standing of the United States Patent Bar since 1999;

4. There are no disciplinary proceedings pending against Mr. Munson as a member of the bar in any jurisdiction;

5. Mr. Munson has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

6. In further support of this motion, Mr. Munson has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Munson's admission to practice before this Court *pro hac vice*.

Dated: September 8, 2004

VENTANA MEDICAL SYSTEMS, INC.

By its attorneys,

/s/ Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
Tel (617) 720-2880