UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-11783 (NG) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF STEFANIE VALENTINI

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Stefanie Valentini of Wilson Sonsini Goodrich & Rosati, P.C., 3611 Valley Centre Drive, Suite 525, San Diego, California 92130, be admitted to appear on behalf of defendant Ventana Medical Systems, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Ms. Valentini is and has been a member in good standing of the bar of the State of California since 2001;

2. Ms. Valentini is and has been a member in good standing of the United States District Court in the Southern District of California since 2001;

3. Ms. Valentini is and has been a member in good standing of the United States Patent Bar since 2002;

4. There are no disciplinary proceedings pending against Ms. Valentini as a member of the bar in any jurisdiction;

-2-

5.  Ms. Valentini has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

6.  In further support of this motion, Ms. Valentini has submitted herewith her Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Ms. Valentini's admission to practice before this Court *pro hac vice*.

Dated: September 8, 2004

VENTANA MEDICAL SYSTEMS, INC.

By its attorneys,

/s/ Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
Tel (617) 720-2880