# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal  No.   04cv11783

Title:   Cytologix Corporation v. Ventana Medical Systems, Inc.

## N O T I C E

Please take notice that the above-entitled case previously assigned to Judge  Gertner  has been transferred to Judge  Zobel  for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials RWZ.

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Jennifer Filo
Deputy Clerk

Date:   10/7/2004

_____ Please NOTE that the above case has been transferred to the Western Division in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____ Please NOTE that the above case has been transferred to the Central Division in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(Notice of Transfer.wpd - 12/98)                                                                         [ntccsasgn.]