UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-11783 (NG) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective December 13, 2004, Peter Munson and Stefanie Valentini, counsel for VENTANA MEDICAL SYSTEMS, INC. may be reached at the following address:

Peter Munson
Stefanie Valentini
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real, Suite 200
San Diego, CA 92130

Telephone and facsimile numbers will remain unchanged.

Dated: December 8, 2004

VENTANA MEDICAL SYSTEMS, INC.

By its attorneys,

_/s/ Peter R. Munson_
Peter R. Munson (*pro hac vice*)
Stefanie Valentini (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
3611 Valley Centre Drive
San Diego, California 92130
Telephone: (858) 350-2300
Facsimile: (858) 350-2399