UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>  Defendant. | CIVIL ACTION NO. 04-11783 (RWZ) |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

Please enter the appearance of Jeffrey N. Danis, Esq., of Ventana Medical Systems, Inc., 1910 Innovation Park Dr., Oro Valley, AZ 85737, as attorney for defendant Ventana Medical Systems, Inc. in the above-entitled case.

Respectfully submitted,

Jeffrey N. Danis (BBO# 113880)
Ventana Medical Systems, Inc.
1910 Innovation Park Drive
Oro Valley, Arizona 85737
Tel (520) 229-3965

Dated: December 15, 2004