IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-11783 (RWZ) |

## CYTOLOGIX CORPORATION'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PROTECTIVE ORDER

Plaintiff CytoLogix Corporation ("CytoLogix") hereby withdraws its Motion to Compel Protective Order. The parties have come to an agreement on the terms of a protective order which was filed with the Court yesterday.

FISH & RICHARDSON P.C.

Date: March 29, 2005    By: /Michael Zeliger/jyl
Michael E. Zeliger (BBO # 633654)
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070 Telephone
(617) 542-8906 Facsimile

*Attorney for Plaintiff*
*CytoLogix Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29 day of March, 2005, a true and correct copy of the foregoing Notice of Withdrawal of Motion to Compel was caused to be served on the attorney at the following addresses as indicated:

**BY FEDERAL EXPRESS**

Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
One Market
Spear Tower, Suite 3300
San Francisco, CA  94105

*Attorneys for Defendant*
*Ventana Medical Systems, Inc.*

2