IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-11783 (RWZ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JANET Y. LEE

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Janet Y. Lee of Fish and Richardson P.C., 225 Franklin Street, Boston, MA 02110, be admitted to appear on behalf of plaintiff CytoLogix Corporation, and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Ms. Lee is and has been a member in good standing of the bar of the State of New York since 2004;

2. There are no disciplinary proceedings pending against Ms. Lee as a member of the bar in any jurisdiction;

3. Ms. Lee has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

4. In further support of this motion, Ms. Lee has submitted herewith her Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Ms. Lee's admission to practice before this Court *pro hac vice*.

FISH & RICHARDSON P.C.

Date: *March 25, 2005*        By: _____
                                  Michael E. Zeliger (BBO # 633654)
                                  225 Franklin Street
                                  Boston, MA 02110-2804
                                  (617) 542-5070 Telephone
                                  (617) 542-8906 Facsimile

                                  *Attorney for Plaintiff*
                                  *CytoLogix Corporation*

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Janet Y. Lee, Esq., hereby certify that: (1) I am admitted to the bar of the Court listed in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction, and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Janet Y. Lee

Date: March 25, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 30 day of March, 2005, a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was caused to be served on the attorney at the following addresses as indicated:

**BY FEDERAL EXPRESS**

Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
One Market
Spear Tower, Suite 3300
San Francisco, CA 94105

*Attorneys for Defendant*
*Ventana Medical Systems, Inc.*