UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-11783 (NG) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF CHARLES P. REICHMANN

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Charles P. Reichmann of Wilson Sonsini Goodrich & Rosati, P.C., One Market, Spear Tower, Suite 3300, San Francisco, California 94105, be admitted to appear on behalf of defendant Ventana Medical Systems, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Mr. Reichmann is and has been a member in good standing of the bar of the State of California since 2000;

2. Mr. Reichmann is and has been a member in good standing of the bars of the following United States District Courts since the following dates:

| | |
|---|---|
| Southern District of New York | 2000 |
| Central District of California | 2002 |
| Eastern District of California | 2004 |

-2-

3. There are no disciplinary proceedings pending against Mr. Reichmann as a member of the bar in any jurisdiction;

4. Mr. Reichmann has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

5. In further support of this motion, Mr. Reichmann has submitted herewith his Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Mr. Reichmann's admission to practice before this Court *pro hac vice*.

Dated: May 18, 2005

VENTANA MEDICAL SYSTEMS, INC.

By its attorneys,

/s/ Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
Tel (617) 720-2880

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Charles P. Reichmann, Esq., hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Charles P. Reichmann, Esq.

Dated: May 16, 2005

# United States District Court

Central District of California

CERTIFICATE OF
GOOD STANDING

I, SHERRI R. CARTER, Clerk of this Court, certify that

Charles Philip Reichmann, Bar No. 206699

was duly admitted to practice in this Court on __May 6, 2002__
                                                    *DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on __May 11, 2005__
     *DATE*

SHERRI R. CARTER, CLERK

By _____
Marlene Ramirez, Deputy Clerk
1152

G-52 (2/99)(Rev. AO 136)    CERTIFICATE OF GOOD STANDING - MEMBER OF BAR