IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 04-CV-11783-RWZ |

**STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR SUMMARY JUDGMENT**

WHEREAS, on November 17, 2005, plaintiff filed a motion for claim construction and summary judgment of infringement, and defendant's response is currently due on December 1, 2005, pursuant to Local Rule 7.1(b)(2);

WHEREAS, the parties are currently attempting to resolve certain issues regarding discovery that defendant believes is necessary to respond to the pending motion, and to the extent that a resolution is not reached, the parties anticipate that the any remaining dispute can be resolved at the upcoming Status Conference scheduled for December 1, 2005;

/ / /

IT IS HEREBY STIPULATED, subject to the approval of the Court, that defendant's response to plaintiff's motion is extended to December 16, 2005, without prejudice to a future agreement or motion for a further extension, as may be appropriate.

| CYTOLOGIX CORPORATION | VENTANA MEDICAL SYSTEMS, INC. |
|---|---|
| /s/ Michael E. Zeliger | /s/ Peter E. Gelhaar |
| Michael E. Zeliger (BBO #633654)<br>Janet Lee (*pro hac vice*)<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110<br>(617) 542-5070 | Peter E. Gelhaar (BBO #188310)<br>Michael S. D'Orsi (BBO #566960)<br>DONNELLY, CONROY & GELHAAR, LLP<br>One Beacon Street, 33rd Floor<br>Boston, MA 02108<br>(617) 720-2880<br><br>Ron E. Shulman (*pro hac vice*)<br>Roger J. Chin (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>(650) 493-9300<br><br>Jeffrey N. Danis (BBO# 113880)<br>VENTANA MEDICAL SYSTEMS, INC.<br>1910 Innovation Park Drive<br>Oro Valley, Arizona 85737<br>(520) 229-3965 |

**IT IS SO ORDERED:**

Dated: _____

_____
HON. RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE