-1-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 04-11783 (RWZ) |

**JOINT MOTION FOR TWO-DAY EXTENSION TO FILE
STATEMENT PURSUANT TO LOCAL RULE 16.1(d)**

Plaintiff CytoLogix Corporation and Defendant Ventana Medical Systems, Inc. hereby jointly move the Court for a two-day extension for the parties to file the Joint Statement required by Local Rule 16.1(d).  The parties request leave to file the Joint Statement on November 28, 2005, three business days prior to the December 1, 2005 Scheduling Conference.

The parties received notice of the December 1, 2005 Scheduling Conference on Friday, November 18, 2005.  By operation of Local Rule 16.1(d), the parties' Joint Statement is due on Wednesday, November 23, 2005.  Counsel for the parties have conferred to prepare the Joint Statement.  However, due to the Thanksgiving holiday, which falls in the same week, counsel have been unable to fully discuss the proposed schedule with their client representatives. Accordingly, the parties respectfully request a brief extension, of two business days, to file the Joint Statement.

-1-

-2-

Dated: November 23, 2005

| **CytoLogix Corporation** | **Ventana Medical Systems, Inc.** |
|---|---|
| By their Attorneys, | By their Attorneys, |
| /s/ Michael E. Zeliger | /s/ Roger J. Chin |
| Michael E. Zeliger (BBO #633654) | Peter E. Gelhaar (BBO #188310) |
| Janet Lee (*pro hac vice*) | Michael S. D'Orsi (BBO #566960) |
| FISH & RICHARDSON P.C. | DONNELLY, CONROY & GELHAAR, LLP |
| 225 Franklin Street | One Beacon Street, 33rd Floor |
| Boston, MA  02110 | Boston, MA  02108 |
| (617) 542-5070 | (617) 720-2880 |
|  | Ron E. Shulman (*pro hac vice*) |
|  | Roger J. Chin (*pro hac vice*) |
|  | WILSON SONSINI GOODRICH & ROSATI |
|  | 650 Page Mill Road |
|  | Palo Alto, CA  94304 |
|  | (650) 493-9300 |
|  | Jeffrey N. Danis (BBO# 113880) |
|  | VENTANA MEDICAL SYSTEMS, INC. |
|  | 1910 Innovation Park Drive |
|  | Oro Valley, Arizona 85737 |
|  | (520) 229-3965 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *CytoLogix Corporation* | *Ventana Medical Systems, Inc.* |

### LOCAL RULE 7.1(a)(2) CERTIFICATION

Counsel hereby certifies, in accordance with Local Rule 7.1(a)(2) that prior to filing this paper the parties have conferred and attempted in good faith to resolve or narrow the issues presented herein.

/s/ Roger J. Chin
Roger J. Chin