UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>Defendant. | 04-11783 (RWZ) |

### EXHIBIT A – CYTOLOGIX'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Plaintiff, CytoLogix Corporation and its counsel hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: November 28, 2005

CytoLogix Corporation

By their Attorneys,

_/s/ Michael E. Zeliger_
Michael E. Zeliger (BBO #633654)
Janet Lee (*pro hac vice*)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110
(617) 542-5070

*Attorneys for Plaintiff*
*CytoLogix Corporation*

1