UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CYTOLOGIX CORPORATION,

      Plaintiff,

  v.

VENTANA MEDICAL SYSTEMS, INC.,

      Defendant.

CIVIL ACTION NO. 04-11783 (RWZ)

**EXHIBIT B: DEFENDANT'S CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(d)(3)**

The undersigned certify that an authorized representative of defendant Ventana Medical Systems, Inc. and that party's counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: November 28, 2005

  /s/ Jeffrey N. Danis
Jeffrey N. Danis
Counsel
VENTANA MEDICAL SYSTEMS, INC.
1910 Innovation Park Drive
Oro Valley, Arizona 85737
(520) 229-3965

  /s/ Roger J. Chin
Roger J. Chin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304
(650) 493-9300

Counsel for Defendant
Ventana Medical Systems, Inc.