UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11783-RWZ

CYTOLOGIX CORPORATION

v.

VENTANA MEDICAL SYSTEMS, INC.

ORDER

December 1, 2005

ZOBEL, D.J.

The parties have presented for approval a Stipulated Protective Order. The Protective Order is approved subject to the following amendment to Paragraph 6 thereof:

If any CONFIDENTIAL INFORMATION is to be included with or the content thereof is to be disclosed in any pleading, motion, deposition transcript, or other paper to be filed with the court, the party proposing to file such material shall seek leave of court to file it under seal. The motion shall be accompanied by the material with the CONFIDENTIAL INFORMATION highlighted. The material shall be filed in a sealed envelope prominently marked with the caption of this case, the identity of the party filing the envelope, and the notation:

CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER
THIS ENVELOPE IS NOT TO BE OPENED NOR THE
CONTENTS THEREOF DISPLAYED, COPIED OR REVEALED,
EXCEPT BY COURT ORDER OR BY AGREEMENT OF THE PARTIES.

_____      /s/ Rya W. Zobel
     DATE                   RYA W. ZOBEL
                            UNITED STATES DISTRICT JUDGE