# EXHIBIT 2

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
 3
 4   CYTOLOGIX CORPORATION,
 5               Plaintiff,
     v.                                  Civil No. 04-11783 (RWZ)
 6
     VENTANA MEDICAL SYSTEMS, Inc.,
 7
                 Defendants.
 8   _____/
 9
10
11
                    C O N F I D E N T I A L
12
13        VIDEOTAPED DEPOSITION OF ANDREW GHUSSON
14
15
16        BE IT REMEMBERED:  that pursuant to notice, and
17   on Thursday, September 8, 2005, between 9:07 a.m. and 1:22
18   p.m. of said day, before me, Deborah Mayer, CSR lic.
19   no. 9654, personally appeared ANDREW GHUSSON, called as a
20   witness by Plaintiff herein, at One Market Street, Suite
21   3300, San Francisco, CA 94105, and, being by me first duly
22   affirmed, was examined as a witness in said cause.
23
24
25
```

Page 42

1    Q. When staining is going on, does that mean a run
2  is going on?
3    A. Yes.
4    Q. What aspects of the -- of this concept did you
5  think did not meet the initial design goals?
6    A. I didn't believe it was going to be reliable and
7  reproducible.
8    Q. Can you explain your concerns --
9    A. Yes.
10   Q. -- that you had at the time?
11   A. Yes. My position at the time was that the
12 robotic arm was not -- we were not going to be able to
13 control the motor motion of that arm as precisely as we
14 needed to, to be able to hit the bottle of reagent,
15 aspirate it, return to the slide position, dispense, and
16 then wash within these pre-determined time frames allowed
17 by the -- by the recipe. And so, that was my position at
18 the time.
19   Q. Did you overcome that problem, or -- strike that.
20     Does the Benchmark XT accomplish the goal?
21     THE WITNESS: The Benchmark XT accomplishes the
22 goal, yes.
23 BY MR. ZELIGER:
24   Q. How did the development team overcome your
25 concerns?

Page 43

1    A. We ended up abandoning that approach. We came up
2  with a different approach that we ended up implementing.
3    Q. What's the different approach that you wound up
4  implementing?
5    A. We went to dispensers instead of bottles, which
6  would free up some time because you don't have the probe
7  that needs to go and as precisely hit the location of the
8  bottle, aspirate from it, dispense, and then go wash itself
9  before going to the next sample, next reagent.
10   Q. What is a dispenser?
11   A. A dispenser, as we refer to at Ventana on the XT
12 instrument, is a disposable plastic device that contains
13 250 MLs of reagent, and is actuated mechanically to
14 dispense, approximately, a 100 microliter sample onto a
15 target and then re-charge itself by spring-loaded mechanism
16 inside the dispenser.
17   Q. Okay. What happened next in the development of
18 the XT?
19   A. We ended up building several iterations of the
20 bread boards. And then when we found one that we --
21   Q. I'm sorry, I didn't catch that term; bread
22 boards? What does "bread board" refer to?
23   A. A bread board is a system that engineers cobble
24 together; it doesn't necessarily look like the final
25 product will but functions -- performs the function, and it

Page 44

1  could be several different bread boards that perform
2  different functions that are eventually integrated into the
3  system.
4    Q. Did you retain those bread boards?
5    A. For a given period of time we retained them, yes.
6    Q. Do you have them any longer?
7    A. No, we do not.
8    Q. Did you make any recordings of those bread
9  boards?
10   A. Not that I can recall.
11   Q. Okay, please continue.
12   A. Um, I forgot where I was.
13     MR. SHULMAN: With what?
14 BY MR. ZELIGER:
15   Q. With the development. You said you generated th
16 bread boards, and I interrupted you and asked you what
17 those were.
18   A. Yes. We produced bread boards, kept iterating
19 until we were happy with the results we knew we could
20 produce reliably. Then we built prototype systems that
21 were used for validation and verification, and subsequentl
22 validation by, and simulated customer laboratories, and
23 then we were done.
24   Q. How long did that process take? And when I say
25 "that process", from the initial meeting with your staff

Page 45

1  until the point that you've now said we're done?
2    A. Approximately a year.
3    Q. What are the dates at the front end of that span?
4    A. I think we began discussing the XT concept in the
5  fall of 2001, and so about a year later, we were done.
6    Q. When did you commence development of the
7  Benchmark LT?
8    A. I don't recall the exact time.
9    Q. Do you recall just in reference to the XT's
10 development? In other words, was it during the XT
11 development, or was it later?
12   A. It was later.
13   Q. What was the impetus? Why did you develop the
14 LT?
15   A. Marketing asked for a 20-slide system instead of
16 the 30-slide system that the XT produced.
17   Q. Are there other differences between the XT and
18 the LT system, other than their capacity?
19   A. There's some physical differences in terms of
20 labelling. I don't believe that there's any other
21 differences other than capacity.
22   Q. When you're developing an instrument, do you do
23 practice runs on actual tissue samples?
24   A. Um, yes.
25   Q. Can you describe that for me?

Andrew Ghusson 30(b)(6)         CONFIDENTIAL         September 8, 2005
San Francisco, CA

### Page 46

1  A. That's the end result of our output for the
2  customer, is an adequately stained tissue sample on a
3  slide. And so, during development, at some point, you have
4  to get into the verification process to verify that the
5  system meets the intended design requirements, and that is
6  how that's verified.
7  Q. Who was involved in the verification process for
8  the Benchmark XT?
9  A. There's a whole host of people. My engineers
10 obviously were still involved; there was some scientists
11 that also became involved at that time.
12 Q. Do you recall who?
13 A. Sue Pierce; Chad Wilkinson I believe was involved
14 at that time; I could be wrong about Chad. Maybe he came
15 later. I don't recall specifically any other names.
16 Q. Is Sue Pierce a scientist?
17 A. I'm not sure what her educational background is.
18 Q. But is she one of your engineers?
19 A. No, she's not.
20 Q. What does Chad Wilkinson do?
21 A. He's a systems integrator scientist. I don't
22 know exactly what his title is.
23 MR. ZELIGER: Okay, why don't we take a short
24 break.
25 VIDEOGRAPHER: Videotape deposition off record

### Page 47

1  at 10:12 a.m.
2  VIDEOGRAPHER: Videotape deposition back on
3  record at 10:29 a.m.
4  BY MR. ZELIGER:
5  Q. What are the differences between the Benchmark XT
6  and the Benchmark?
7  A. There are many differences. I can try to recount
8  some. Some of the differences are the capacity, the fact
9  that the Benchmark has 20 slides, the Benchmark XT has 30;
10 reagent capacity, the Benchmark has 25 dispensers, the XT
11 has 35; the Benchmark XT has the capacity to run both IHC
12 and ISH testing simultaneously, due to the increased
13 capacity.
14     There are some performance differences as well in
15 that the XT, because the slides don't move once they're
16 fixed in place and the run begins, there's no motion, and
17 so it tends to be more robust, more reliable. When a
18 sample is aspirated on top of the glass slide, the sample
19 sits. With the Benchmark, there's constant motion, and the
20 fluid bolus can move or be pushed off, or it can wick off.
21 Sometimes if the slides are misplaced slightly by the user
22 on the Benchmark, because it's rotating, it can cause a
23 crash because once it's misplaced a little bit, the
24 rotation causes it to get out of position.
25     The XT doesn't have that problem; and a lot of

### Page 48

1  the differences the Benchmark has, because the slide sample
2  is moving, the slides are moving in a rotational -- if
3  there's any alignment and there's always -- or
4  misalignment, and there's always misalignment in physical
5  nature, nothing's perfect -- because it rotates, it tends
6  to do a wobbling effect.
7     And so, the location of the fluid in relation to
8  the sample keeps changing. Sometimes part of the sample is
9  dry; it doesn't have the reagent on it, so it affects the
10 stain quality which is the end result. And so, we found
11 that once we developed the XT that the end result, the
12 stained tissue sample, was superior to that of the
13 Benchmark.
14 Q. Are there any other differences you can think of
15 now?
16 A. Not that I can think of right now. But there --
17 I'm sure there are many.
18 Q. Does the Benchmark XT process samples mounted on
19 microscope slides?
20 A. Yes.
21 Q. Does the Benchmark LT process samples on
22 microscope slides?
23 A. Yes.
24 Q. Does the Benchmark XT hold two or more microscope
25 slides on a platform?

### Page 49

1  A. Uh, yes.
2  Q. Does the Benchmark LT hold two or more microscope
3  slides on a platform?
4  A. Yes.
5  Q. Does the Benchmark XT contain heating elements
6  that are under independent electronic control?
7  MR. SHULMAN: I object to the form of the
8  question. The "independent electronic control" is a term
9  from the patent claim. I mean, you can answer it if you
10 can, but it hasn't been interpreted by the Court.
11 BY MR. ZELIGER:
12 Q. Do you understand the term "independent
13 electronic control"?
14 A. I don't know what it means in relation to the
15 patent claim or any --
16 Q. You understand what the term means?
17 A. I understand what independent temperature control
18 would mean within the context of anything.
19 Q. What does it mean in the context of anything?
20 A. That temperature can be controlled independently,
21 one thing from another.
22 Q. Using that definition, does the Benchmark XT
23 contain heating elements under independent electronic
24 control?
25 MR. SHULMAN: Well, we talked about independent

### Page 50

1  temperature control, not electronic control.
2      THE WITNESS: Can you repeat the question?
3  BY MR. ZELIGER:
4      Q. Using your -- do you understand the term
5  "independent electronic control"?
6      A. I guess I could give you a definition of what
7  independent electronic control may mean, but within the
8  context of any patents or anything, I can't -- I can't give
9  you what the intent was.
10      Q. I'm asking you if you, personally, understand
11  what independent electronic control means.
12      A. Yeah, I can give you my definition, I think.
13      Q. What is your definition of independent electronic
14  control?
15      A. That something can be controlled electronically,
16  independently of something else.
17      Q. Does the Benchmark XT contain heating elements
18  under independent electronic control?
19      MR. SHULMAN: As using his definition?
20      THE WITNESS: As using my definition, which is
21  the way I would define it, I'm not aware of what is
22  intended in the patent, the Benchmark XT can control
23  heating elements independent of one another in some way
24  but dependent in other ways, and that is done
25  electronically, yes.

### Page 51

1  BY MR. ZELIGER:
2      Q. Does the Benchmark XT contain heating elements
3  under independent electronic control that are capable of
4  heating some slides to different temperatures than other
5  slides?
6      A. There is some independent electronic controls in
7  the heater circuitry, but there's also some common
8  electronic controls in the heater circuitry. And the
9  heater heating pads can be controlled to different
10  temperatures, yes.
11      Q. Such that slides can be heated to other
12  temperatures than other slides?
13      A. Within the context of the XT, yes.
14      Q. Is that also true of the LT?
15      A. LT and XT have that in common, yes.
16      Q. Does the Benchmark XT dispense liquid from the
17  a dispenser onto the slides?
18      A. Uh, yes; from what Ventana calls a dispenser, the
19  disposable dispenser device.
20      Q. Does the Benchmark LT dispense liquid from the
21  dispenser onto the slides?
22      A. The XT and the LT have that in common, yes.
23      Q. Does the Benchmark XT heat one slide on a
24  platform to a different temperature than another slide?
25      A. Um, yes.

### Page 52

1      Q. Does the Benchmark LT heat one slide on the
2  platform to a different temperature than another slide?
3      A. Both instruments have that in common, yes.
4      Q. In the Benchmark XT, does each heating element
5  heat only one slide?
6      A. One slide at a time, yes.
7      Q. And in the LT, likewise, does each heating
8  element heat only one slide at a time?
9      A. Yes.
10      Q. Are you familiar with the concept of relative
11  motion?
12      A. Definition, you mean in physics? Relative
13  motion?
14      Q. Would it mean -- does that mean something to you
15  when I say relative motion?
16      A. Yes.
17      Q. What does it mean to you?
18      A. Means to me that something's moving relative to
19  something else.
20      Q. Can you give me an example of something moving
21  relative to something else?
22      A. Those cars are moving relative to that bridge.
23      Q. Okay, and you're pointing out the window to the
24  Bay Bridge I think it's called; is that correct?
25      A. I am.

### Page 53

1      MR. ZELIGER: Maybe we can get a stipulation
2  we're looking at the Bay Bridge.
3      THE WITNESS: We're looking at the Bay Bridge,
4  believe it's called the Bay Bridge, and the cars are moving
5  relative to the bridge.
6  BY MR. ZELIGER:
7      Q. Now, the Bay Bridge has two levels, does it not?
8      A. Yes.
9      Q. And -- my sense of direction is a bit confused at
10  the moment, but on the top --
11      MR. SHULMAN: It goes East-West.
12  BY MR. ZELIGER:
13      Q. So on one level, the cars are going East?
14      A. I hadn't noticed that, yes.
15      Q. And on the other level, the cars are going West?
16      A. Apparently, yes.
17      Q. Are the cars moving relative to each other?
18      A. Yes.
19      Q. And is each bound lane of cars moving relative to
20  the Bridge?
21      A. Each lane -- the east lane is moving relative to
22  the Bridge, and the west lane is moving relative to the
23  bridge.
24      MR. SHULMAN: You mean the lane or the cars in
25  the lane?

Andrew Ghusson 30(b)(6)　　　CONFIDENTIAL　　　September 8, 2005
San Francisco, CA

## Page 58

1 magnetism, and heat transfer, and that's considered physics
2 as well; so, you know, several years.
3   Q. And in those several years of studying physics
4 you did not encounter any one or any example of a moving
5 object as the point of reference?
6   A. Not that I can recall.
7   Q. Okay. Let me -- let's go off for a moment, mark
8 a bunch of things. I think it will speed things up.
9         THE WITNESS: Sure.
10        VIDEOGRAPHER: Videotape deposition off record at
11 10:44 a.m.
12        VIDEOGRAPHER: This concludes tape 1, volume 1
13 in the deposition of Andrew Ghusson.
14        VIDEOGRAPHER: Videotape deposition back on
15 record at 10:48 a.m. This marks the beginning of tape 2,
16 volume 1, in the deposition of Andrew Ghusson.
17 BY MR. ZELIGER:
18   Q. Does Ventana do quality control testing at the
19 facilities in Tucson?
20   A. That's not my area, but yeah, I believe we do.
21   Q. Do folks at Ventana actually use a Benchmark LT
22 to stain slides?
23   A. Um, we use Benchmark LTs to stain slides, yes.
24   Q. Do you also use the Benchmark XT to stain slides?
25   A. Yes.

## Page 59

1   Q. Can you describe for me how one uses the
2 Benchmark XT to stain a slide or set of slides? Can you
3 take me through the steps?
4   A. I can take you through the steps to the best of
5 my knowledge; I'm not an expert user familiar with the
6 design of the system. The operator approaches the XT or LT
7 with their samples and loads them onto -- they pull the
8 drawer open, load them onto each slide position. They
9 close the drawer. Then they go and get reagents and load
10 them onto the carousel on top. They pull out the bulk
11 reagents on the bottom and insure that they're full; if
12 not, fill them up. Make sure that the waste tank is not
13 full, or empty enough to be able to accommodate the waste
14 from the coming run. They go into the user interface,
15 which is a Windows-based custom Ventana user interface, and
16 they load the run information in there as to what protocols
17 they want to run on each sample and tell the instrument
18 what sample they're -- they've loaded. And then they
19 initiate the initialization process.
20   Q. How do they initiate the initialization process?
21   A. Through the user interface, they click on a
22 button with a mouse.
23   Q. What does the button say?
24   A. I believe the button says "run", which tells the
25 instrument to begin the initialization process in

## Page 60

1 preparation for a run. And then the instrument, at that
2 time, if the compressor is not on, comes on, pressurizes
3 the system, which the pressure is used for different
4 things, for lifting the drawer with the slides on it into
5 place where it is held against kinematic mounts to hold it
6 precisely in place so that there's no motion caused by
7 vibration or alignment, and there's 40 pounds per square
8 inch of pressure in four locations against that to hold it
9 in place very, very securely.
10   Q. When the drawer lifts up, are the slides moving
11 relative to the reagent dispenser?
12   A. When the drawer lifts up during the
13 initialization process, yes; it's moving in a vertical
14 direction about two inches.
15   Q. So that's movement relative to the liquid
16 dispenser?
17   A. That is vertical movement during the
18 initialization process, that's correct.
19   Q. Is that movement relative to the liquid
20 dispenser?
21   A. The vertical movement that happens during that
22 initialization process is relative to everything else, and
23 including the dispensers, yes. It's also relative to the
24 floor, etcetera.
25   Q. And that occurs after the operator has hit the

## Page 61

1 start-run button on the interface?
2   A. It's -- it's immediately after the operator
3 initiates the initialization process that needs to occur
4 before the run begins.
5   Q. What was the -- the slides lift up relative to
6 the reagent dispenser after the operator hits the start-run
7 key; is that correct?
8         MR. SHULMAN: I object. That wasn't his
9 testimony. He didn't say start-run, he said hit the "run"
10 button.
11 BY MR. ZELIGER:
12   Q. What does the button say on the interface?
13   A. I believe that the button says "run".
14   Q. Does the -- do the slides move relative to the
15 liquid dispenser after the operator hits the run button on
16 the interface?
17   A. After the operator hits the run button on the
18 interface, the initialization process begins where the
19 entire tray containing the slides moves vertically by two
20 inches against its fixed position in preparation for the
21 run. And that is relative to the dispenser, yes.
22   Q. Okay, what happens next?
23   A. Next, the instrument begins to initialize itself.
24 The operator is asked to verify that things are in place by
25 checking off a couple of things on a checklist on the

Andrew Ghusson 30(b)(6)   CONFIDENTIAL   September 8, 2005
San Francisco, CA

## Page 82

1  MR. ZELIGER: You may answer.
2  THE WITNESS: In my mind, there are some
3  important differences between having the sample move and
4  having the reagent dispenser move.
5  MR. ZELIGER: Would you still like to take a
6  break?
7  MR. SHULMAN: Yeah, so you can learn some
8  manners.
9  MR. ZELIGER: Let's take a break.
10  VIDEOGRAPHER: Videotape deposition off record
11  11:24 a.m.
12  (Lunch recess.)
13  VIDEOGRAPHER: Videotape deposition back on
14  record at 1:31 p.m.
15  BY MR. ZELIGER:
16  Q. Mr. Ghusson, does the liquid dispenser on the
17  Benchmark XT move?
18  A. The liquid dispenser on the reagent carousel
19  moves, yes.
20  Q. Does the liquid dispenser on the Benchmark LT
21  move?
22  A. Yes, they have that in common.
23  Q. Does the liquid dispenser on the Benchmark XT
24  move relative to the slide samples?
25  A. Yes, it does.

## Page 83

1  Q. Does the liquid dispenser on the Benchmark LT
2  move relative to the slide samples?
3  A. Yes, it does.
4  Q. Who trains new customers at Ventana on the use of
5  the Benchmark XT or Benchmark LT?
6  A. Customer training department.
7  Q. Who's the head of the customer training
8  department?
9  A. I think the name is Donna Lawson; I'm not sure if
10  she's the head or not, but she's involved in that process.
11  Q. In the context of the Benchmark XT, when is the
12  processing of a slide sample complete?
13  A. At the end of the run, the processing is
14  completed as far as the Benchmark is concerned.
15  Q. If a person using the Benchmark XT uses a manual
16  titration step, when is the process of the slide sample
17  complete?
18  A. The titration process?
19  Q. The entire process?
20  A. Well, again, the Benchmark does -- the Benchmark
21  run is a composition of many processes, and there are
22  processes post the Benchmark XT's run. After the run is
23  completed, there are things that are done to the slides
24  off-line that the operator does as well, and that's
25  referred to as processing. And the titration step is also

## Page 84

1  processing that interrupts the run in order to be performed
2  by the operator.
3  Q. If someone is using a manual titration step as
4  part of the overall processing of a slide sample, when is
5  the staining complete?
6  A. Um, I'm not sure.
7  Q. Who could I ask at Ventana to get that question
8  answered?
9  A. That would be Patrick Roche.
10  Q. What's Patrick Roche's position?
11  A. He's Senior Director of Product Development in
12  Life Sciences.
13  Q. What are the processes that continue after a run
14  is completed on the Benchmark XT?
15  A. After a run is completed on the Benchmark XT, the
16  operators take the slides and they have to coverslip them.
17  And there's a multi-step process for running down slides,
18  dehydrating the slides; it's called running down into a
19  solvent, like Xylene, and then those are -- the slides are
20  taken and put into either a coverslipping instrument, or
21  are coverslipped manually by hand on the bench. Following
22  that step, then they're ready to be presented to a
23  pathologist, and that staining process and coverslipping
24  process is said to be complete.
25  Q. If someone uses a manual titration step as part

## Page 85

1  of the overall processing of a slide sample, when does
2  the -- when do those last steps that you just referred to
3  occur?
4  A. The running-down process and coverslipping
5  process?
6  Q. Yes?
7  A. That occurs at the end, after the staining is
8  completed.
9  Q. And that's after the manual titration step?
10  A. Manual titration step, to my understanding, is
11  not a common part of the process, but it is a process that
12  can be injected within all these subset processes, or the
13  whole thing is done manually or on a Benchmark; you could
14  do it all manually, or you could interrupt a run to do your
15  manual titration on a Benchmark XT.
16  Q. And then resume automated processing?
17  A. And then you could go ahead and re-start the run
18  and resume the processing, yes.
19  Q. Can you describe for me the mechanics of how
20  slides are heated on the Benchmark XT?
21  A. They're heated by conduction. Definition of
22  conduction?
23  Q. Not a definition, but can you tell me a little
24  bit more about how it works on the Benchmark XT?
25  A. There's a heating -- heated thermal pads on the