IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 04-11783 (RWZ) |

### CYTOLOGIX CORPORATION'S MOTION TO AMEND THE COMPLAINT

Plaintiff CytoLogix Corporation ("CytoLogix") respectfully moves the Court for leave to amend its complaint to add a count of infringement of U.S. Patent No. 6,783,733 B2. CytoLogix's proposed First Amended Complaint and Demand for Jury Trial is attached at Exhibit A to this motion.

　　　　　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.

Date:  December 28, 2005　　　　By:　/s/ Michael E. Zeliger
　　　　　　　　　　　　　　　　　　　Michael E. Zeliger (BBO # 633654)
　　　　　　　　　　　　　　　　　　　Janet Lee (pro hac vice)
　　　　　　　　　　　　　　　　　　　225 Franklin Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02110-2804
　　　　　　　　　　　　　　　　　　　(617) 542-5070 Telephone
　　　　　　　　　　　　　　　　　　　(617) 542-8906 Facsimile

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　CytoLogix Corporation

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2005, a true and correct copy of the foregoing CYTOLOGIX CORPORATION'S MOTION TO AMEND THE COMPLAINT was caused to be served on the attorney at the following address as indicated:

BY E-MAIL
Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
One Market
Spear Tower, Suite 3300
San Francisco, CA  94105

Attorneys for Defendant
Ventana Medical Systems, Inc.

Ron E. Shulman
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304

Michael S. D'Orsi
Peter E. Gelhaar
DONNELLY. CONROY & GELHAAR, LLP
One Beacon Street
Boston, MA  02108

/s/ Michael E. Zeliger
Michael E. Zeliger