UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/007,351 | 12/21/2004 | 6183693 | 21160/11 | 1121 |

7590   02/17/2006

Hamilton Brook Smith & Reynolds PC
530 Virginia Road
P. O. Box 9133
Concord, MA  01742-9133

| EXAMINER |
|---|
| |

| ART UNIT | PAPER NUMBER |
|---|---|
| | |

DATE MAILED: 02/17/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Mr. David J. Rikkers
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/007,348*.

PATENT NO. *6180061*.

ART UNIT *3991*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| | Control No. | Patent Under Reexamination |
|---|---|---|
| **Ex Parte Reexamination Interview Summary** Case 1:04-cv-11783-RWZ Document 57-7 Filed 04/04/2006 Page 3 of 3 | 90/007,351 | 6183693 |
| | Examiner | Art Unit | |
| | Douglas McGinty | 3991 | |

All participants (USPTO personnel, patent owner, patent owner's representative):

(1) _Douglas McGinty, Deborah Jones, Bennett Celsa_    (3) _James M. Smith_

(2) _Steven A. Bogen_    (4) _____

Date of Interview: _16 February 2006_

Type:   a)☐ Telephonic   b)☐ Video Conference
   c)☒ Personal (copy given to: 1)☐ patent owner   2)☒ patent owner's representative)

Exhibit shown or demonstration conducted:   d)☐ Yes   e)☒ No.
   If Yes, brief description: _____

Agreement with respect to the claims  f)☐ was reached.  g)☒ was not reached.  h)☐ N/A.
Any other agreement(s) are set forth below under "Description of the general nature of what was agreed to..."

Claim(s) discussed: _1-13_.

Identification of prior art discussed: _Bogen references and Muller reference, all of record._

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
_Discussed last office action. Patent notes that motivation is lacking for combining Muller with Bogen (US 6,180,061) claims or with Bogen (US 5,645,114) teachings. Even if combined, the Patent Owner adds, there is no teaching of a temperature controller on a moving platform communicating with a user interface off of the moving platform._

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims patentable, if available, must be attached. Also, where no copy of the amendments that would render the claims patentable is available, a summary thereof must be attached.)

A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION MUST INCLUDE PATENT OWNER'S STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. (See MPEP § 2281). IF A RESPONSE TO THE LAST OFFICE ACTION HAS ALREADY BEEN FILED, THEN PATENT OWNER IS GIVEN **ONE MONTH** FROM THIS INTERVIEW DATE TO PROVIDE THE MANDATORY STATEMENT OF THE SUBSTANCE OF THE INTERVIEW (37 CFR 1.560(b)). THE REQUIREMENT FOR PATENT OWNER'S STATEMENT CAN NOT BE WAIVED. **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

cc: Requester (if third party requester)

Examiner's signature, if required _Douglas McGinty_

U.S. Patent and Trademark Office
PTOL-474 (Rev. 04-01)    Ex Parte Reexamination Interview Summary    Paper No. 5