# The American Heritage® Dictionary
## of the English Language

FOURTH EDITION



HOUGHTON MIFFLIN COMPANY
Boston  New York

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.—4th ed.
    p.  cm.
    ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
    (hardcover with CD ROM)
    1. English language–Dictionaries
PE1628 .A623 2000
423–dc21
                                                    00-025369

Manufactured in the United States of America

stolen goods. **b.** A receptacle intended for a specific purpose. **7a.** *Football* A member of the offensive team eligible to catch a forward pass. **b.** *Baseball* The catcher.

**re•ceiv•er•ship** (rĭ-sē′vər-shĭp′) *n. Law* **1.** The office or functions of a receiver. **2.** The state of being held by a receiver: *The company went into receivership.*

**re•ceiv•ing blanket** (rĭ-sē′vĭng) *n.* A lightweight blanket used to wrap a baby especially after a bath.

**receiving end** *n.* The position in which one is subject to an often unpleasant action or effect: *elderly patients on the receiving end of Medicare cutbacks.*

**receiving line** *n.* A line of people formed to greet arriving guests individually, as at a formal gathering.

**re•cen•sion** (rĭ-sĕn′shən) *n.* **1.** A critical revision of a text incorporating the most plausible elements found in varying sources. **2.** A text so revised. [Latin *recēnsiō, recēnsiōn-*, a reviewing, from *recēnsēre*, to review : *re-*, re- + *cēnsēre*, to estimate; see **kens-** in Appendix I.]

**re•cent** (rē′sənt) *adj.* **1.** Of, belonging to, or occurring at a time immediately before the present. **2.** Modern; new. **3. Recent** *Geology* Of, belonging to, or denoting the Holocene Epoch. See table at **geologic time**. [Middle English, new, fresh, from Latin *recēns, recent-*. See **ken-** in Appendix I.] —**re′cen•cy, re′cent•ness** *n.* —**re′cent•ly** *adv.*

**re•cep•ta•cle** (rĭ-sĕp′tə-kəl) *n.* **1.** A container that holds items or matter. **2.** *Botany* The expanded tip of a flower stalk or axis that bears the floral organs or the group of flowers in a head. **3.** *Electronics* A fitting connected to a power supply and equipped to receive a plug. [Middle English, from Old French, from Latin *receptāculum*, from *receptāre*, to receive again, frequentative of *recipere*, to receive. See RECEIVE.]

**re•cep•tion** (rĭ-sĕp′shən) *n.* **1a.** The act or process of receiving or of being received. **b.** *Football* The act or an instance of catching a forward pass. **2.** A welcome, greeting, or acceptance: *a friendly reception.* **3.** A social function, especially one intended to provide a welcome or greeting: *a wedding reception.* **4.** Mental approval or acceptance: *the reception of a new theory.* **5.** *Electronics* **a.** Conversion of transmitted radio waves or electric signals into perceptible forms, such as sound or light, by means of antennas and electronic equipment. **b.** The condition or quality of the waves or signals so received. [Middle English *recepcion*, from Old French *reception*, from Latin *receptiō, receptiōn-*, from *receptus*, past participle of *recipere*, to receive. See RECEIVE.]

**re•cep•tion•ist** (rĭ-sĕp′shə-nĭst) *n.* An office worker employed chiefly to receive visitors and answer the telephone.

**re•cep•tive** (rĭ-sĕp′tĭv) *adj.* **1.** Capable of or qualified for receiving. **2.** Ready or willing to receive favorably: *receptive to their proposals.* **3.** *Linguistics* Of or relating to the skills of listening and reading. —**re•cep′tive•ly** *adv.* —**re•cep′tive•ness, re′cep•tiv′i•ty** *n.*

**re•cep•tor** (rĭ-sĕp′tər) *n.* **1.** *Physiology* A specialized cell or group of nerve endings that responds to sensory stimuli. **2.** *Biochemistry* A molecular structure or site on the surface or interior of a cell that binds with substances such as hormones, antigens, drugs, or neurotransmitters.

**re•cer•ti•fy** (rē-sûr′tə-fī′) *tr.v.* **-fied, -fy•ing, -fies** To renew the certification of, especially certification given by a licensing board. —**re′cer•ti•fi•ca′tion** (-fĭ-kā′shən) *n.*

**re•cess** (rē′sĕs′, rĭ-sĕs′) *n.* **1a.** A temporary cessation of the customary activities of an engagement, occupation, or pursuit. **b.** The period of such cessation. See synonyms at **pause**. **2.** A remote, secret, or secluded place. Often used in the plural. **3a.** An indentation or small hollow. **b.** An alcove. ❖ *v.* **-cessed, -cess•ing, -cess•es** —*tr.* **1.** To place in a recess. **2.** To create or fashion a recess in: *recessed a portion of the wall.* **3.** To suspend for a recess: *The committee chair recessed the hearings.* —*intr.* To take a recess: *The investigators recessed for lunch.* [Latin *recessus*, retreat, from past participle of *recēdere*, to recede. See RECEDE¹.]

**re•ces•sion¹** (rĭ-sĕsh′ən) *n.* **1.** The act of withdrawing or going back. **2.** An extended decline in general business activity, typically three consecutive quarters of falling real gross national product. **3.** The withdrawal in a line or file of participants in a ceremony, especially clerics and choir members after a church service. [Latin *recessiō, recessiōn-*, from *recessus*, past participle of *recēdere*, to recede. See RECEDE¹.] —**re•ces′sion•ar′y** *adj.*

**re•ces•sion²** (rē-sĕsh′ən) *n. Law* The act of restoring possession to a former owner.

**re•ces•sion•al** (rĭ-sĕsh′ə-nəl) *n.* **1.** A hymn that accompanies the exit of the clergy and choir after a service. **2.** A recession from a church. ❖ *adj.* Of or relating to a recession.

**re•ces•sive** (rĭ-sĕs′ĭv) *adj.* **1.** Tending to go backward or recede. **2a.** *Genetics* Of, relating to, or designating an allele that does not produce a characteristic effect when present with a dominant allele. **b.** Of or relating to a trait that is expressed only when the determining allele is present in the homozygous condition. ❖ *n. Genetics* **1.** A recessive allele or trait. **2.** An organism having a recessive trait. —**re•ces′sive•ly** *adv.* —**re•ces′sive•ness** *n.*

**re•charge** (rē-chärj′) *tr.v.* **-charged, -charg•ing, -charg•es** To charge again, especially to reenergize a storage battery. —**re′charge′** *n.* —**re•charge′a•ble** *adj.* —**re•charg′er** *n.*

**ré•chauf•fé** (rā′shō-fā′) *n.* **1.** Warmed leftover food. **2.** Old material reworked or rehashed. [French, past participle of *réchauffer*, to reheat, warm over, from Old French *rechaufer* : *re-*, re- + *echaufer*, to warm (from Vulgar Latin *\*excalefāre* : Latin *ex-*, intensive pref.; see EX-¹ + Latin *calefacere*, to warm; see CHAFE).]

**re•cher•ché** (rə-shĕr′shā′) *adj.* **1.** Uncommon; rare. **2.** Exquisite; choice. **3.** Overrefined; forced. **4.** Pretentious; overblown. [French, past participle of *rechercher*, to research, from Old French *recercher*. See RESEARCH.]

**re•cid•i•vate** (rĭ-sĭd′ə-vāt′) *intr.v.* **-vat•ed, -vat•ing, -vates** To return to a previous pattern of behavior, especially to return to criminal habits. [RECIDIV(ISM) + -ATE¹.]

**re•cid•i•vism** (rĭ-sĭd′ə-vĭz′əm) *n.* A tendency to recidivate. [From *recidivist*, one who recidivates, from French *récidiviste*, from *récidiver*, to relapse, from Medieval Latin *recidīvāre*, from Latin *recidīvus*, falling back, from *recidere*, to fall back : *re-*, re- + *cadere*, to fall; see **kad-** in Appendix I.] —**re•cid′i•vist** *n.* —**re•cid′i•vis′tic, re•cid′i•vous** *adj.*

**Re•ci•fe** (rə-sē′fə) A city of northeast Brazil on the Atlantic Ocean south of Natal. First settled in 1535, it was occupied by the Dutch from 1630 to 1654. It is the chief urban center of northeast Brazil and an important transportation hub. Population: 1,296,995.

**rec•i•pe** (rĕs′ə-pē) *n.* **1.** A set of directions with a list of ingredients for making or preparing something, especially food. **2.** A formula for or means to a desired end: *a recipe for success.* **3.** A medical prescription. [Latin, sing. imperative of *recipere*, to take, receive. See RECEIVE.]

**re•cip•i•ence** (rĭ-sĭp′ē-əns) also **re•cip•i•en•cy** (-ən-sē) *n.* Capacity to receive; receptivity.

**re•cip•i•ent** (rĭ-sĭp′ē-ənt) *adj.* Functioning as a receiver; receptive. ❖ *n.* **1.** One that receives or is receptive. **2.** One who receives blood, tissue, or an organ from a donor. [Latin *recipiēns, recipient-*, present participle of *recipere*, to receive. See RECEIVE.]

**re•cip•ro•cal** (rĭ-sĭp′rə-kəl) *adj.* **1.** Concerning each of two or more persons or things. **2.** Interchanged, given, or owed to each other: *reciprocal agreements to abolish customs duties; a reciprocal invitation to lunch.* **3.** Performed, experienced, or felt by both sides: *reciprocal respect.* **4.** Interchangeable; complementary: *reciprocal electric outlets.* **5.** *Grammar* Expressing mutual action or relationship. Used of some verbs and compound pronouns. **6.** *Mathematics* Of or relating to the reciprocal of a quantity. **7.** *Physiology* Of or relating to a neuromuscular phenomenon in which the excitation of one group of muscles is accompanied by the inhibition of another. **8.** *Genetics* Of or designating a pair of crosses in which the male or female parent in one cross is of the same genotype or phenotype as the complementary female or male parent in the other cross. ❖ *n.* **1.** Something that is reciprocal to something else. **2.** *Mathematics* A number related to another in such a way that when multiplied together their product is 1. For example, the reciprocal of 7 is 1/7; the reciprocal of 2/3 is 3/2. [From Latin *reciprocus*, alternating. See **per¹** in Appendix I.] —**re•cip′ro•cal′i•ty** (-kăl′ĭ-tē), **re•cip′ro•cal•ness** (-kəl-nĭs) *n.* —**re•cip′ro•cal•ly** *adv.*

**reciprocal pronoun** *n.* A pronoun or pronominal phrase, such as *each other*, that expresses mutual action or relationship.

**re•cip•ro•cate** (rĭ-sĭp′rə-kāt′) *v.* **-cat•ed, -cat•ing, -cates** —*tr.* **1.** To give or take mutually; interchange. **2.** To show, feel, or give in response or return. —*intr.* **1.** To move back and forth alternately. **2.** To give and take something mutually. **3.** To make a return for something given or done. **4.** To be complementary or equivalent. [Latin *reciprocāre, reciprocāt-*, to move back and forth, from *reciprocus*, alternating. See RECIPROCAL.] —**re•cip′ro•ca′tive** *adj.* —**re•cip′ro•ca′tor** *n.*

**Synonyms** *reciprocate, requite, return* These verbs mean to give, take, or feel reciprocally: *doesn't reciprocate favors; consideration requited with disregard; return a compliment.*

**re•cip•ro•cat•ing engine** (rĭ-sĭp′rə-kā′tĭng) *n.* An engine whose crankshaft is turned by pistons moving up and down in a cylinder.

**re•cip•ro•ca•tion** (rĭ-sĭp′rə-kā′shən) *n.* **1.** An alternating back-and-forth movement. **2.** The act or fact of reciprocating; interchange.

**rec•i•proc•i•ty** (rĕs′ə-prŏs′ĭ-tē) *n., pl.* **-ties 1.** A reciprocal condition or relationship. **2.** A mutual or cooperative interchange of favors or privileges, especially the exchange of rights or privileges of trade between nations.

**re•ci•sion** (rĭ-sĭzh′ən) *n.* The act of rescinding; annulment or cancellation. [Obsolete French, from Old French, annulment of a judgment, from Latin *recīsiō, recīsiōn-*, from *recīsus*, past participle of *recīdere*, to cut back : *re-*, re- + *caedere*, to cut; see **kaə-id-** in Appendix I.]

**re•cit•al** (rĭ-sīt′l) *n.* **1.** The act of reading or reciting in a public performance. **2.** A very detailed account or report of something; a narration. **3.** A public performance of music or dance, especially by a solo performer. —**re•ci′tal•ist** *n.*

**rec•i•ta•tion** (rĕs′ĭ-tā′shən) *n.* **1a.** The act of reciting memorized materials in a public performance. **b.** The material so presented. **2a.** Oral delivery of prepared lessons by a pupil. **b.** The class period within which this delivery occurs.

**rec•i•ta•tive¹** (rĕs′ĭ-tā-tĭv′, rĭ-sī′tə-tĭv) *adj.* Of, relating to, or having the character of a recital or recitation.

**rec•i•ta•tive²** (rĕs′ĭ-tə-tēv′, rēch′-) *n.* **1.** A style used in operas, oratorios, and cantatas in which the text is declaimed in the rhythm of natural speech with slight melodic variation and little orchestral accompaniment. **2.** A passage rendered in this style. In both senses also called *recitativo.* [Italian *recitativo*, from *recitare*, to recite, from Latin *recitāre*. See RECITE.]

**re•ci•ta•ti•vo** (rĕs′ĭ-tə-tē′vō, rĕ′chē-tä-) *n., pl.* **-vi** (-vē) or **-vos** (-vōz) See **recitative²**. [Italian. See RECITATIVE².]

**re•cite** (rĭ-sīt′) *v.* **-cit•ed, -cit•ing, -cites** —*tr.* **1.** To repeat or utter aloud (something rehearsed or memorized), especially before an audience. **2.** To relate in detail. See synonyms at **describe**. **3.** To list or enumerate. —*intr.* **1.** To deliver a recitation. **2.** To repeat lessons prepared or memorized. [Middle English *reciten*, from Old French *reciter*, from Latin *recitāre*, to read out : *re-*, re- + *citāre*, to quote; see CITE.] —**re•cit′er** *n.*

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | th this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ◆ regionalism |

**Stress marks:** ′ (primary); ′ (secondary), as in **dictionary** (dĭk′shə-nĕr′ē)

city of southwest Russia on the Don River near its outlet on an arm of the Sea of Azov. The city grew around a fortress built in 1761 and was chartered in 1797. Population: 1,012,649.

**ros•trate** (rŏs′trāt′, -trĭt, rô′strāt′, -strĭt) *adj.* Having a beaklike part. [Latin *rōstrātus*, from *rōstrum*, beak. See ROSTRUM.]

**Ros•tro•po•vich** (rŏs′trə-pō′vĭch, rə-strä′-), **Mstislav Leopoldovich** Born 1927. Russian cellist and conductor of the National Symphony Orchestra in Washington, D.C. (1977–1994).

**ros•trum** (rŏs′trəm, rô′strəm) *n., pl.* **ros•trums** or **ros•tra** (rŏs′trə, rô′strə) **1.** A dais, pulpit, or other elevated platform for public speaking. **2a.** The curved, beaklike prow of an ancient Roman ship, especially a war galley. **b.** The speaker's platform in an ancient Roman forum, which was decorated with the prows of captured enemy ships. **3.** *Biology* A beaklike or snoutlike projection. [Latin *rōstrum*, beak. See **rēd-** in Appendix I.] —**ros′tral** (-trəl) *adj.*

**Ros•well** (rŏz′wĕl′, -wəl) **1.** A city of northwest Georgia, a residential suburb of Atlanta. Population: 47,923. **2.** A city of southeast New Mexico southeast of Albuquerque. It is a trade and processing center in an irrigated farming region. Population: 44,654.

**ros•y** (rō′zē) *adj.* **-i•er, -i•est 1a.** Having the characteristic pink or red color of a rose. **b.** Flushed with a healthy glow: *rosy cheeks.* **2.** Consisting of, decorated with, or suggestive of a rose or roses. **3.** Bright or cheerful; optimistic: *rosy predictions.* —**ros′i•ly** *adv.* —**ros′i•ness** *n.*

**rot** (rŏt) *v.* **rot•ted, rot•ting, rots** —*intr.* **1.** To undergo decomposition, especially organic decomposition; decay. **2a.** To become damaged, weakened, or useless because of decay: *The beams had rotted away.* **b.** To disappear or fall by decaying: *One could see the blackened areas where the branches had rotted off.* **3.** To languish; decline: *"He was thrown into one of Napoleon's dungeons and left to rot"* (Michael Massing). **4.** To decay morally; become degenerate. —*tr.* To cause to decompose or decay. See synonyms at **decay**. ❖ *n.* **1.** The process of rotting or the condition of being rotten: *The rot spread quickly, rendering the bridge unsafe even for pedestrians.* **2.** Foot rot. **3.** See **liver fluke** (sense 2). **4.** Any of several plant diseases characterized by the breakdown of tissue and caused by various bacteria or fungi. **5.** Pointless talk; nonsense: *She always talks such rot.* **6.** *Archaic* Any disease causing the decay of flesh. ❖ *interj.* Used to express annoyance, contempt, or impatience. [Middle English *roten*, from Old English *rotian*.]

**ro•ta** (rō′tə) *n.* **1.** *Chiefly British* A roll call or roster of names. **2.** *Chiefly British* A round or rotation of duties. **3.** **Rota** *Roman Catholic Church* A tribunal of prelates that serves as an ecclesiastical court. [Latin, wheel. See **ret-** in Appendix I.]

**Ro•ta** (rō′tə, -tä) An island of the western Pacific Ocean in the southern Mariana Islands north of Guam. The Japanese used it as a base for their attack on Guam on December 11, 1941. Rota remained in Japanese hands until the end of the war. —**Ro′ta•nese′** (-nēz′, -nēs′) *adj. & n.*

**Ro•tar•i•an** (rō-târ′ē-ən) *n.* A member of a Rotary Club, a major national and international service club.

♦ **ro•ta•ry** (rō′tə-rē) *adj.* Of, relating to, causing, or characterized by rotation, especially axial rotation. ❖ *n., pl.* **-ries 1.** A part or device that rotates around an axis. **2.** *Chiefly New England* See **traffic circle**. [Medieval Latin *rotārius*, from Latin *rota*, wheel. See **ret-** in Appendix I.]

**rotary engine** *n.* An engine, such as a turbine, in which power is supplied directly to vanes or other rotary parts.

**rotary harrow** *n.* A harrow consisting of a series of freely turning wheels rimmed with spikes.

**rotary plow** *n.* A plow having a series of hoes arranged on a revolving power-driven shaft. Also called *rotary tiller.*

**rotary press** *n.* A printing press consisting of curved plates attached to a revolving cylinder that prints onto a continuous roll of paper.

**rotary tiller** *n.* See **rotary plow**.

**ro•ta•ry-wing aircraft** (rō′tə-rē-wĭng′) *n.* A rotorcraft.

**ro•tate** (rō′tāt) *v.* **-tat•ed, -tat•ing, -tates** —*intr.* **1.** To turn around on an axis or center. **2.** To proceed in sequence; take turns or alternate: *Interns will rotate through the various departments.* —*tr.* **1.** To cause to turn on an axis or center. See synonyms at **turn**. **2a.** To plant or grow (crops) in a fixed order of succession. **b.** To cause to alternate or proceed in sequence: *The coach rotates her players frequently near the end of the game.* ❖ *adj.* Having radiating parts; wheel-shaped. [Latin *rotāre, rotāt-*, from *rota*, wheel. See **ret-** in Appendix I.] —**ro′tat′a•ble** *adj.*

**ro•ta•tion** (rō-tā′shən) *n.* **1a.** The act or process of turning around a center or an axis: *the axial rotation of the earth.* **b.** A single complete cycle of such motion. **2.** *Mathematics* A transformation of a coordinate system in which the new axes have a specified angular displacement from their original position while the origin remains fixed. **3.** Regular and uniform variation in a sequence or series: *a rotation of personnel; crop rotation.* **4.** *Games* An order of shooting balls in billiards in which the ball with the lowest number on the table is always pocketed first. —**ro•ta′tion•al** *adj.*

**ro•ta•tive** (rō′tā′tĭv) *adj.* **1.** Of, relating to, or characterized by rotation. **2.** Characterized by or occurring in alternation or succession. —**ro′ta′tive•ly** *adv.*

**ro•ta•tor** (rō′tā′tər) *n.* **1.** One that rotates. **2.** *pl.* **ro•ta•to•res** (rō′tə-tôr′ēz, -tōr′-) *Anatomy* A muscle that serves to rotate a part of the body.

**rotator cuff** *n.* A set of muscles and tendons that secures the arm to the shoulder joint and permits rotation of the arm.

**ro•ta•to•ry** (rō′tə-tôr′ē, -tōr′ē) *adj.* **1.** Of, relating to, causing, or characterized by rotation: *a rotary muscle.* **2.** Occurring or proceeding in alternation or succession.

**ro•ta•vi•rus** (rō′tə-vī′rəs) *n., pl.* **-rus•es** Any of a group of wheel-shaped, RNA-contained viruses that cause gastroenteritis, especially in infants and newborn animals.

**Rot•blat** (rŏt′blăt′), **Joseph** Born 1908. Polish-born British physicist who developed medical applications for radioactivity. An outspoken opponent of nuclear weapons, he won the 1995 Nobel Peace Prize.

**ROTC** (är′ō-tē-sē′, rŏt′sē) *abbr.* Reserve Officers' Training Corps

**rote**[1] (rōt) *n.* **1.** A memorizing process using routine or repetition, often without full attention or comprehension: *learn by rote.* **2.** Mechanical routine. [Middle English.]

**rote**[2] (rōt) *n.* The sound of surf breaking on the shore. [Probably of Scandinavian origin; akin to Old Norse *rauta*, to roar.]

**rote**[3] (rōt) *n.* A medieval stringed instrument variably identified with a lyre, lute, or harp. [Middle English, from Old French, probably of Germanic origin.]

**ro•te•none** (rōt′n-ōn′) *n.* A white crystalline compound, $C_{23}H_{22}O_6$, extracted from the roots of derris and cubé and used as an insecticide. [Japanese *rōten*, derris + –ONE.]

**rot•gut** (rŏt′gŭt′) *n. Slang* Raw, inferior liquor.

**Roth** (rŏth), **Philip Milton** Born 1933. American writer whose witty and ironic fiction, including the novel *Portnoy's Complaint* (1969), concerns middle-class Jewish life.

**Roth•er•ham** (rŏt*h*′ər-əm) A borough of northern England northeast of Sheffield. It is an industrial center. Population: 255,727.

**Roth IRA** (ī′är-ā′) *n.* An individual retirement account in which a person can set aside after-tax income up to a specified amount each year. Earnings on the account are tax-free, and tax-free withdrawals may be made after age 59½. [After William Victor *Roth,* Jr. (born 1921), U.S. congressman.]

**Roth•ko** (rŏth′kō), **Mark** Originally Marcus Rothkovitch. 1903–1970. Russian-born American abstract expressionist painter whose works are characterized by horizontal bands of subtle color with blurred edges.

**Roth•schild** (rŏth′chīld, rŏths′-, rôth′-, rôths′-, rōt′shĭlt′) German family of bankers, including **Mayer Amschal** (1743–1812), who founded a bank at Frankfurt am Main. His sons, most notably **Salomon** (1774–1855) and **Nathan Mayer** (1774–1836), established branches of the bank throughout Europe.

**ro•ti•fer** (rō′tə-fər) *n.* Any of various minute multicellular aquatic organisms of the phylum Rotifera, having at the anterior end a wheellike ring of cilia. [From New Latin *Rotifera*, phylum name : Latin *rota*, wheel; see ROTA + Latin *-fer, -fer.*] —**ro•tif′er•al** (-tĭf′ər-əl), **ro•tif′er•ous** (-ər-əs) *adj.*



**rotifer**
photomicrograph of
*Platyias quadricornis*

**ro•ti•form** (rō′tə-fôrm′) *adj.* Shaped like a wheel. [Latin *rota*, wheel; see **ret-** in Appendix I + –FORM.]

**ro•tis•se•rie** (rō-tĭs′ə-rē) *n.* **1.** A cooking device equipped with a rotating spit on which meat or other food is roasted. **2.** A shop or restaurant where meats are roasted to order. [French *rôtisserie*, from Old French *rostisserie*, from *rostir*, to roast, of Germanic origin.]

**rot•l** (rŏt′l) *n.* A unit of weight used in countries bordering on the Mediterranean and in nearby areas, varying in different regions from about 1 to 5 pounds (0.45 to 2.25 kilograms). [Arabic *raṭl, riṭl*, possibly from Greek *litra*.]

**ro•to•gra•vure** (rō′tə-grə-vyŏor′) *n.* **1.** An intaglio printing process in which letters and pictures are transferred from an etched copper cylinder to a web of paper, plastic, or similar material in a rotary press. **2.** Printed material, such as a newspaper section, produced by this process. [Latin *rota*, wheel; see **ret-** in Appendix I + GRAVURE.]

**ro•tor** (rō′tər) *n.* **1.** A rotating part of an electrical or mechanical device. **2.** An assembly of rotating horizontal airfoils, as that of a helicopter. [Contraction of ROTATOR.]

**ro•tor•craft** (rō′tər-krăft′) *n.* An aircraft, especially a helicopter, that is kept partially or completely airborne by airfoils rotating around a vertical axis.

**rotor ship** *n.* A ship propelled by one or more tall cylindrical rotors operated by wind power.

**ro•to•till** (rō′tə-tĭl′) *tr.v.* **-tilled, -till•ing, -tills** To cultivate or dig with a rototiller: *rototilled the garden before planting.*

**ro•to•till•er** (rō′tə-tĭl′ər) *n.* A motorized rotary cultivator. [ROT(ARY) + TILLER[1].]

**rot•ten** (rŏt′n) *adj.* **-er, -est 1.** Being in a state of putrefaction or decay; decomposed. **2.** Having a foul odor resulting from or suggestive of decay; putrid. **3.** Made weak or unsound by rot: *rotten floorboards.* **4.** Morally corrupt or despicable: *She's rotten to the core.* **5.** Very bad; wretched: *rotten weather.* ❖ *adv.* To a very great degree: *The child is spoiled rotten.* [Middle English *roten*, from Old Norse *rotinn.*] —**rot′ten•ly** *adv.* —**rot′ten•ness** *n.*

**rotten borough** *n.* An election district having only a few voters but the same voting power as other more populous districts.

**rot•ten•stone** (rŏt′n-stōn′) *n.* A soft decomposed limestone, used in powder form as a polishing material.

**rot•ter** (rŏt′ər) *n. Chiefly British Slang* A scoundrel.

**Rot•ter•dam** (rŏt′ər-dăm′) A city of southwest Netherlands on the Rhine-Meuse delta south-southeast of The Hague. Chartered in 1328, it was a major commercial power during the 16th and 17th centuries and is today a thriving port accessible via canal to oceangoing vessels. The city was heavily bombed during World War II. Population: 597,272.

**rott•wei•ler** (rŏt′wī′lər, rŏt′-) *n.* Any of a German breed of dog having a stocky body, short black fur, and tan face markings. [German, after *Rottweil*, a city of southern Germany.]



**rottweiler**

**ro•tund** (rō-tŭnd′) *adj.* **1.** Rounded in figure; plump. See synonyms at **fat**. **2.** Having a full, rich sound; sonorous. [Latin *rotundus*. See **ret-** in Appendix I.] —**ro•tun′di•ty, ro•tund′ness** *n.* —**ro•tund′ly** *adv.*