# ENGLISH GRAMMAR

## A FUNCTION-BASED INTRODUCTION

## Volume II

T. GIVÓN
*Linguistics Department*
*University of Oregon*

JOHN BENJAMINS PUBLISHING COMPANY
AMSTERDAM/PHILADELPHIA

1993

Case 1:04-cv-11783-RWZ    Document 57-22    Filed 04/04/2006    Page 2 of 4

 TM  The paper used in this publication meets the minimum requirements of American National Standard for Information Sciences — Permanence of Paper for Printed Library Materials, ANSI Z39.48-1984.

**Library of Congress Cataloging-in-Publication Data**

Givón, Talmy, 1936-
   English grammar : a function-based introduction / T. Givón.
   p.   cm.
   Includes bibliographical references and indexes.
   1. English language--Grammar. I. Title.
PE1106.G57     1993
428.2--dc20                                                            93-18295
ISBN 1-55619-459-5 (set hb)/1-55619-466-8 (set pb) (US alk. paper)     CIP
     1-55619-457-9 (hb vol.1)/1-55619-464-1 (pb vol.1) (US alk. paper)
     1-55619-458-7 (hb vol.2)/1-55619-465-X (pb vol.2) (US) alk. paper)
ISBN 90 272 2100 6 (set hb)/90 272 2117 0 (set pb) (Eur alk. paper)
     90 272 2098 0 (hb vol.1)/90 272 2115 4 (pb vol.1) (Eur alk. paper)
     90 272 2099 9 (hb vol.2)/90 272 2116 2 (pb vol.2) (Eur alk. paper)

© Copyright 1993 - T. Givón.
No part of this book may be reproduced in any form, by print, photoprint, microfilm, or any other means, without written permission from the publisher.

John Benjamins Publishing Co. · P.O. Box 75577 · 1070 AN Amsterdam · The Netherlands
John Benjamins North America · 821 Bethlehem Pike · Philadelphia, PA 19118 · USA

(96) **Definition of the reciprocal clause:**
   a. **Semantic:**
      Two like events occur, with the subject of one being the object of the other, and vice versa. The two participants thus *act upon each other* reciprocally.
   b. **Syntactic:**
      The two events are coded as a single clause with a conjoined (or plural) subject. The object of that clause is expressed as the reciprocal pronoun 'each other'.

### 8.7.2. Semantic features

As an illustration of the relation between conjoined simple event clauses and their reciprocal counterparts consider:

(97) **Direct-object relation (transitive):**
   a. **Conjoined simple clauses:**
      The woman saw **the child**
         and the child saw **the woman**
   b. **Corresponding reciprocal:**
      The woman and the child saw **each other**

(98) **Indirect-object relation (intransitive):**
   a. **Conjoined simple clauses:**
      The man talked **to the woman**
         and the woman talked **to the man**
   b. **Corresponding reciprocal:**
      The man and the woman talked **to each other**

(99) **Indirect object relation (bi-transitive):**
   a. **Conjoined simple clauses:**
      The woman gave a rose **to the man**
         and the man gave a rose **to the woman**
   b. **Corresponding reciprocal:**
      The woman and the man gave roses **to each other**

As noted earlier,[38] a reciprocal clause — much like other cases of conjoined NPs — is not the full semantic equivalent of two conjoined simple

clauses. Rather, the semantic context for coding two reciprocal acts as a single reciprocal clause demands two associated conditions:

(a) That the two events are roughly **simultaneous**; and
(b) That the two events are in some way **related**.

Under the scope of the *habitual* modality, condition (a) above may seem inapplicable. Thus, at least superficially the conjoined clauses in (100a) below seem to be semantically interchangeable with the reciprocal clause (100b):

(100) a. John loves **Mary** and Mary loves **John** <====>
      b. Mary and John love **each other**

More clearly, event-pairs whose two members occurred at different times, at different places, or in other disparate contexts, do not show logical equivalence with their reciprocal counterparts. Thus compare:

(101) **Disjointed time**:
      a. John hugged Mary **yesterday**
         and she hugged him **today** *<====>
      b. John and Mary hugged each other

(102) **Disjointed location**:
      a. Mary saw John **in the street**
         and he saw her **on the bus** *<====>
      b. Mary and John saw each other

(103) **Disjointed circumstances**:
      a. John consulted Mary **about his job**
         and she consulted him **about her doctor** *<====>
      b. John and Mary consulted each other

One must emphasize that the fundamental semantic issue here is neither time nor place nor circumstances *per se*, but rather the conceptual perspective of **event integration**. With some event types, a reciprocal perspective is not only possible but also typical — even under conditions of temporal and spatial separation. As illustrations, consider:

(104) **Reciprocals with disjointed location**:
      John lived in **New York** and Mary in **Los Angeles**,
      a. and they **wrote each other** regularly.
      b. and they **called each other** every night.
      c. and they **missed each other** terribly.