JUL 20 199

WILSON, SONSINI
GOODRICH & ROSA

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME VII

Hat–Intervacuum

CLARENDON PRESS · OXFORD

Oxford University Press, Walton Street, Oxford OX2 6DP
Oxford  New York  Toronto
Delhi  Bombay  Calcutta  Madras  Karachi
Petaling Jaya  Singapore  Hong Kong  Tokyo
Nairobi  Dar es Salaam  Cape Town
Melbourne  Auckland
and associated companies in
Berlin  Ibadan

Oxford is a trade mark of Oxford University Press

© Oxford University Press 1989
First published 1989
Reprinted (with corrections) 1991

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise, without
the prior permission of Oxford University Press

British Library Cataloguing in Publication Data
Oxford English dictionary.—2nd ed.
1. English language-Dictionaries
I. Simpson, J. A. (John Andrew), 1953–
II. Weiner, Edmund S. C., 1950–
423
ISBN 0-19-861219-2 (vol. VII)
ISBN 0-19-861186-2 (set)

Library of Congress Cataloging-in-Publication Data
The Oxford English dictionary.—2nd ed.
prepared by J. A. Simpson and E. S. C. Weiner
Bibliography: p.
ISBN 0-19-861219-2 (vol. VII)
ISBN 0-19-861186-2 (set)
1. English language—Dictionaries.   I. Simpson, J. A.
II. Weiner, E. S. C.   III. Oxford University Press.
PE1625.O87 1989
423—dc19    88-5330

Data capture by ICC, Fort Washington, Pa.
Text-processing by Oxford University Press
Typesetting by Pindar Graphics Origination, Scarborough, N. Yorks.
Manufactured in the United States of America by
Rand McNally & Company, Taunton, Mass.

Case 1:04-cv-11783-RWZ   Document 57-23   Filed 04/04/2006   Page 3 of 3

National Savings. **1985** *Investors Chron.* 8–14 Nov. 33/2 The 3rd issue.. pay a tax-free compound rate of 3.54 per cent over five years, on top of index-linking of capital. **1831** MACAULAY *Johnson Misc.* 1860 II. 273 Starving pamphleteers and *index-makers. **1869** DUNKIN *Midn. Sky* 1 The assistance of the corresponding *index-maps. **1932** *Discovery* May 153/1 As large a selection of the recorded information as the smaller scales will carry is issued on the standard scale of one inch, and with further selection and reduction, on the ½ inch scale of the 'index map'. **1875** W. S. JEVONS *Money & Mechanism of Exchange* xxv. 332 A table containing the Total *Index Number of prices, or the arithmetical sum of the numbers expressing the ratios of the prices of many commodities to the average prices of the same commodities in the years 1845–50. **1886** *Rep. Brit. Assoc. Adv. Sci.* 1885 871 The index number for the price of each article in 1883 is 1 or 100, according to the use or otherwise of the decimal point. **1887** *Encycl. Brit.* XXII. 466/1 The only matter connected with price which it is necessary to refer to here is the theory of the index number. **1893** *Jrnl. Soc. Arts* 3 Feb. 211/2 This total index number.. merged all prices high and low in a single figure. **1900** A. L. BOWLEY *Wages in U.K. in 19th Cent.* xii. 95 (*caption*) Index numbers, showing rate of Change of Wages in the London Building Trades. **1928** J. W. F. ROWE *Wages in Pract. & Theory* 14 Index numbers based on changes in the nominal weekly rates in these industries afford a general guide to the character of wage fluctuations. **1942** [see sense 9 e above]. **1966** *McGraw-Hill Encycl. Sci. & Technol.* III. 233/1 The distribution of coal by rank, geologic age, and district is indicated in Fig. 4. The index numbers, which refer to coal districts, are grouped by continent and country in the accompanying list. **1973** *Daily Tel.* 11 July 6/6 He admitted owning a car which had an index number identical to one Miss Mallalieu had noted. **1905** T. R. SHAW *Machine Tools* vi. 413 If the *index pin does not come exactly opposite a hole, there is an adjustment by means of two screws. **1899** *Let. jr. T. De La Rue & Co.*, [For these] Playing Cards, the proper term is 'with *index-pips'. **1825** *Index plate [see index-point below]. **1879** *Jrnl. Franklin Inst.* CVIII. 106 The making of practically perfect index plates for gear cutting machines is a different matter from graduating circles for astronomical instruments. **1902** Index plate [see *index circle*]. **1923** R. C. H. HECK *Mechanics of Machinery; Mechanism* v. 235 At the other end of the worm shaft [of the index head] is the index crank C, with handle H and plunger pin Q which can be let into any hole in index plate P. **1950** J. MARTIN in A. W. Judge *Machine Tools & Operations* III. iii. 131 By the use of worm-gearing, the indirect dividing head can space work up to 360 divisions, using standard index plates. **1973** *Daily Tel.* 15 Sept. 2/5 He noticed that the index plates.. had been hurriedly removed from another vehicle. **1825** J. NICHOLSON *Operat. Mechanic* 526 A change of place in the *index-point on the graduated arch or index-plate. **1676** R. DIXON *Two Testam.* To Rdr. 15 Not stuffing my Margin, as *Index-Rakers do, with Quotations of Divines, Philosophers, Lawyers, Historians, etc. **1955** R. K. RICHARDS *Arithmetic Operations in Digital Computers* xi. 348 In these machines.. each instruction specifies an *index register as well as an operation and an address. For each operation, the number stored in the indicated index register is automatically added to the address, and the sum is then the actual address which is used. **1957, 1970** Index register [see INDEXING *vbl. sb.* 3]. **1970** O. DOPPING *Computers & Data Processing* vi. 101 In most modern computers address modification and counting is facilitated by index registers. **1793** *Index-ruler [see 2 b above]. *a* **1884** KNIGHT *Dict. Mech.* Suppl. 494/2 The centers are shown.. attached to the *index-spindle.

**index** ('ɪndɛks), *v.* [f. prec. *sb.*]

**1. a.** *trans.* To furnish (a book, etc.) with an index. Also *transf.* (cf. INDEX *sb.* 5 d).

**1720** *Wodrow Corr.* (1843) II. 522 Since the Letters are not indexed, I cannot point out all the places. *a* **1832** SCOTT in *Lockhart* xvii, There were always huge piles of materials to be arranged, sifted, and indexed. **1851** CARLYLE *Sterling* II. ii. (1872) 103 Sterling's Letters.. a large collection of which now lies before me, duly copied and indexed. **1885** *Law Times* LXXIX. 159/1 The contents are exceedingly well indexed. **1969** C. W. GEAR *Computer Organization & Programming* vi. 242 Each time that a file was completed, the system would index it; that is, its name would be placed in a table of file names.. with an indication of where it was physically located. **1969** P. B. JORDAIN *Condensed Computer Encycl.* 242 If the cylinder index becomes too long, a master index may be created to index it.

**b.** To furnish (the parts of a diagram) with different symbols to facilitate identification in the accompanying description.

**1894** *Harper's Mag.* Mar. 552/1 The accompanying diagram of an abstract flower, the various parts being indexed.

**2.** To enter (a word, name, etc.) in an index.

**1761** *Descr. S. Carolina* Pref., Every material Fact or Circumstance in this Description is indexed under its proper Head. **1848** *Fraser's Mag.* XXXVIII. 364 In many German universities the Amber Witch was indexed as a criminal law book.

**3.** To place on the Index: see INDEX *sb.* 6.

**1791–1823** D'ISRAELI *Cur. Lit.*, *Licensers of Press*, While the Catholic crossed himself at every title, the heretic would purchase no book which had not been indexed.

**4.** To serve as an index of, to indicate. Also *to index out*, to point out.

**1788** BURNS *His face with smile* 4 High as they hang with creaking din To index out the Country Inn. **1862** R. H. PATTERSON *Ess. Hist. & Art* 350 These changes indexed the general turning of the European intellect from Mind to Matter, and from Man to Nature. **1885** *Century Mag.* XXIX. 683/2 A slender, bony negro-man; whose iron-gray wool and wrinkled face indexed his age at near seventy years.

**5.** *Engin.* **a.** *trans.* (Cf. quot. 1879 s.v. INDEX *sb.* 2.) To rotate (work to be machined, or a machine part) through a given aliquot part of a complete turn; to position in accordance with intermittent motion of this kind; hence, to transfer or move from one predetermined position to another in order that different locations may be machined or different operations performed. (Cf. INDEXING *vbl. sb.* 2.)

**1902** [implied in INDEXING *vbl. sb.* 2]. **1913** [see *index centre* s.v. INDEX *sb.* 11]. **1936** COLVIN & STANLEY *Drilling & Surfacing Pract.* xxii. 242 Turning the indexing crank without this geared connection indexes the spindle in any desired number of graduations, or parts of a circle. **1951** H. C. TOWN in *Gen. Engin. Workshop Pract.* (ed. 2) iii. 112/2 A spring-loaded plunger.. locates the turret in any one of four positions... To index the turret, the ball handle is revolved and the screw lifts the turret clear of the locating plunger, so that it can be rotated to the next.. position, and then locked in position. **1953** L. E. DOYLE *Metal Machining* ix. 214 The workpiece is turned by means of the worm and wheel and is indexed by the pin that registers in holes in the face of the worm wheel. *Ibid.* xiii. 298 On a dividing head with a 40 to 1 ratio, one full turn of the crank is needed to index a 40 tooth gear from one tooth space to the next. **1959** *Machinery* XCIV. 511/2 Spacing of the holes axially along the length of the rod is accomplished by indexing the rod vertically in 0·026-in. steps by means of an accurate lead-screw. **1966** *McGraw-Hill Encycl. Sci. & Technol.* VII. 407/2 When the turret [of the lathe] is indexed for successive operations, the saddle acts as a guide for the ram in its strokes to and from the work.

**b.** *trans.* To produce or obtain (a desired number of divisions or operations) by indexing.

**1900** *Machinery* (N.Y.) Nov. 88/2 For indexing prime numbers we must use other than the one-hole basis. **1923** R. C. H. HECK *Mechanics of Machinery: Mechanism* v. 237 The test or criterion of ability to index any number *n* is expressed by putting Eq. (89) into the form $c = 40 \times h/n$. **1936** COLVIN & STANLEY *Drilling & Surfacing Pract.* xxii. 242 The index sector is a great convenience in counting holes to index the required number of divisions. **1961** L. E. DOYLE et al. *Manuf. Processes* xxiv. 587 Several means are available for indexing numbers not obtainable with standard plain indexing, especially large numbers.

**c.** *intr.* To move or travel during indexing.

**1901** *Machinery* (N.Y.) Jan. 147/1 To divide into 91 parts, index forward, on the front side of the plate, six spaces on the 39 circle; then index forward on the back of the plate, 14 spaces on the 49 circle. **1953** L. E. DOYLE *Metal Machining* xiii. 298 The crank must be turned $40 + 36 = 1\frac{1}{4} = 1\frac{1}{4}$ turns to index from one space to another on the gear. **1966** *McGraw-Hill Encycl. Sci. & Technol.* VII. 409/1 A horizontal, circular table holding the rotating chucks indexes under the vertical spindles with a different operation being performed at each station. **1968** BOOTHROYD & REDFORD *Mechanized Assembly* ii. 8 With continuous transfer the work carriers are moving at constant speed whilst the workheads index backwards and forwards. *Ibid.* 13 Reciprocation of the transfer bar over a distance equal to the spacing of the workheads will cause the work carriers to index between the workheads.

**6.** *Computers.* To modify (an instruction or its address) by causing the contents of a specified index register to be added to the address before the instruction is executed; to provide with a number that brings about such modification; also, to carry out (a repetitive sequence of operations) by this means.

**1962** Y. CHU *Digital Computer Design Fund.* xii. 454 Its contents are used to modify the address of the instruction to be indexed. **1962** R. V. OAKFORD *Introd. Electronic Data Processing Equipment* iii. 89 The counter may be added to the operand address of an instruction to index the repeated performance of an operation on a sequence of registers. **1969** C. W. GEAR *Computer Organization & Programming* ii. 52 We can indicate this in our program writing by using Y to mean the unindexed address Y (that is, the index bits are 0) and by using Y,I to mean the address Y indexed by index register I. **1972** BERGMAN & BRUCKNER *Introd. Computers & Computer Programming* vii. 204 Since this instruction is indexed, its effective operand is 000 (operand) + 251 (contents of index register) = 251 (effective operand and address of XI).

Hence **'indexer**, one who compiles an index.

**1856** WEBSTER, *Indexer*. **1882** FURNIVALL *Forewords to E.E. Wills* 16 May all opprest Indexers hav the like sweet consolement! **1887** *Sat. Rev.* 24 Sept. 418/2 The classifier and indexer of natural objects.

**indexation** (ɪndɛk'seɪʃən). *Econ.* [f. INDEX *v.* + -ATION.] An adjustment in rates of payment in money (e.g. wage-rates, bond prices, etc.) to reflect changes in the value of money by means of an index of such changes. Cf. INDEX *sb.* 9 e.

**1960** *Spectator* 29 Apr. 602 The system of 'indexation' by which wages and prices rose in an officially sponsored spiral. **1972** *Times* 22 July 16/3 If the current rate of inflation continues it will be essential to introduce some form of indexation into the capital gains tax system. **1973** *Daily Tel.* 10 Feb. 31/1 The most likely form of control is by 'indexation' of business leases, which would mean that business rents would be able to rise no faster than the wholesale price index, the cost of living index or such index as the Government cares to regard as a fair indicator of the trend of inflation.

**indexed** ('ɪndɛkst), *ppl. a.* [f. INDEX *v.* or *sb.* + -ED.]

**1.** Furnished with or having an index; entered in an index.

**1872** *Daily News* 27 Apr. 3/4 In addition to his indexed ledger, the warder has a large scrap-book.

**2.** *Her.* Having a book-marker in it.

**1885** *Burke's Peerage* 310 [Arms of Sir J. Conroy, bart.] Azure, an ancient book, open, indexed, edged or, a chief embattled of the last.

**3.** *Computers.* Modified by or executed by means of an index (sense 8 d).

**1957** D. D. MCCRACKEN *Digital Computer Programming* viii. 98 Examples are presented which compare an indexed loop with the nonindexed form. **1972** M. D. FREEDMAN *Princ. Digital Computer Operation* ii. 23 An indirect address can be indexed. We will illustrate the concept of an indexed indirect address by an example.

**indexible** (ɪn'dɛksɪb(ə)l, 'ɪndɛks-), *a.* Also **-able**. [f. INDEX *v.* + -IBLE, -ABLE.] Capable of being indexed.

**1951** *Industrial Equipment News* Dec. 100 (*caption*) Indexable Kennametal tip has 4 cutting edges. **1959** C. V. L. SMITH *Electronic Digital Computers* ii. 45 Most type B instructions are 'indexable'. This means that, when any such instruction is executed, the address actually referred to is the address given decreased by the contents of the index register specified by the tag bits. **1966** C. J. SIPPL *Computer Dict. & Handbk.* 145/2 *Index register*... Used with indexible instruction addresses during execution. **1971** *Computers & Humanities* VI. 68 By 'indexible' we mean [to denote] a character string that... is likely to be used as a criterion for selective retrieval and/or sorting.

**indexical** (ɪn'dɛksɪkəl), *a.* [irreg. f. INDEX *sb.* + -ICAL.] **a.** Arranged like an index. **b.** Relating or pertaining to an index. **c.** Of the nature of an index or indication.

**1828** in WEBSTER. **1866** R. W. SMALL (*title*) The Carrier's Indexical Ready Reckoner. **1884** *American* VIII. 267 Lists of indexes and indexical works. **1893** *Nation* (N.Y.) 11 May 350/3 Indexical defects are so common that the reviewer is in danger of becoming hardened to their seriousness. **1897** *Harper's Mag.* Apr. 744 This is very tame beside the idiomatic Spanish in which it was said, but it is indexical. *a* **1914** C. S. PEIRCE *Coll. Papers* (1932) II. ii. iii. 164 Some indices are more or less detailed directions for what the hearer is to do in order to place himself in direct.. connection with the thing meant... Along with such indexical directions of what to do to find the object meant, ought to be classed.. *selective* pronouns. *Ibid.*, Other indexical words are prepositions, and prepositional phrases. **1957** *Lingua* VII. 1. 27 Within the same vowel system, diaphonic differences are considerable, and appear to be highly indexical, both socially and regionally, in differentiating accents within England. **1970** *English Studies* LI. 276 Beside these indexical features a medium also has aesthetic properties.

So **in'dexically** *adv.*, in the manner of an index, alphabetically.

**1728** SWIFT *Let. to Pope* 16 July, I would have the names of those scriblers printed indexically at the beginning or end of the poem.

**'indexing**, *vbl. sb.* [f. INDEX *v.* + -ING[1].]

**1.** The action or process of compiling an index.

**1887** *Athenæum* 21 May 667/2 The exhaustive indexing of at least a hundred selected authors.

**2.** *Engin.* The intermittent rotation of work through aliquot parts of a complete turn in order that some operation may be performed on it at equal angular intervals; also, the movement of work or of a machine part or tool from one predetermined position to another during machining operations.

**1902** *Internat. Library of Technol.* II. §15. 21 Direct indexing is done by the aid of an index plate fastened direct to the index-head spindle; that is, the index plate is moved to obtain the divisions. In indirect indexing, the index plate is normally stationary, and the index-head spindle is rotated by the use of suitable gearing. Indirect indexing is divided into.. simple and compound indexing. **1930** *Engineering* 30 May 693/3 During the return stroke, indexing of the worm takes place. **1936** COLVIN & STANLEY *Drilling & Surfacing Pract.* xxii. 243 The essential thing to remember in all indexing is that the worm wheel on the spindle has 40 teeth and that the worm is a single thread. This means that for every turn of the crank the spindle is rotated $\frac{1}{40}$ of a revolution. **1957** S. E. RUSINOFF *Manuf. Processes* (ed. 2) xii. 489 In straight in-line indexing, the work piece moves intermittently from one machining station to the next in a straight line; a group of machine tools is assembled from one machine. **1961** L. E. DOYLE et al. *Manuf. Processes* xxiv. 587 Linear indexing may be done on a general-purpose milling machine for such jobs as cutting rack teeth. **1964** S. CRAWFORD *Basic Engin. Processes* vi. 172 When using this method of indexing the number of possible divisions is limited to the three-hole circles available on the front index plate. **1966** *McGraw-Hill Encycl. Sci. & Technol.* VII. 408/1 Turret indexing, actuation of the collet, feeding of stock, and spindle clutch operations are automatic.

**3.** *Computers.* The automatic increasing or decreasing of the address portion of an instruction, following each execution, by means of an index register, so that a succession of operands is operated on.

**1957** D. D. MCCRACKEN *Digital Computer Programming* viii. 106 All we really want from the indexing is the sum of the index register contents and the indicated address. *Ibid.* 109 Locations 1200, 1208, 1216, etc., up to 1272 contain ten numbers.... Write a program, using indexing, to compute the sum of the squares of these numbers and store it in 1307. **1961** LEEDS & WEINBERG *Computer Programming Fund.* iv. 101 Many machines have special circuitry designed to facilitate common operations associated with repetition... In mathematics, indexes, or subscripts, are used to keep track of such processes. As an outgrowth of these terms, the words *indexing* and *index arithmetic* have been given to the type of computer instruction which does this job, although indexing may be thought of as a special type of control which also takes over certain tasks of counting from the regular arithmetic instructions. **1970** HULL & DAY *Computers & Probl. Solving* 197/2 Index registers have a second important use in what is called automatic address modification or indexing. This occurs when the address of an instruction is modified, just before the instruction is executed, by having the content of an index register added to it.

**4.** *attrib.* and *Comb.*, as *indexing pin*; **indexing head** = *index head* (INDEX *sb.* 11).