# Geoffrey D. Nunberg

Curriculum Vitae
October, 2005

Center for the Study of Language and Information            Born:  June 1, 1945
Ventura Hall                                                U. S. citizen
Stanford University
Stanford, CA 94305
Telephone: (650) 723-8260
Fax: (415) 282-1633
nunberg@csli.stanford.edu
http://www-csli.stanford.edu/~nunberg/

**Education:**

| | |
|---|---|
| 1972-1977 | Department of Linguistics, Graduate Center, City University of New York. January 1978: Ph.D. awarded |
| 1971-1972 | Department of Linguistics, Graduate School of Arts and Sciences, University of Pennsylvania.  1972: M.A. awarded |
| 1969-1971 | School of General Studies, Columbia University.  1971: B.A. awarded |
| 1962-1964 | Columbia College, Columbia University |

**Positions:**

| | |
|---|---|
| 2004- | Adjunct Full Professor, School of Information Management and Systems, University of California at Berkeley |
| 2002-2003 | Marta Sutton Weeks Fellow, Stanford Humanities Center |
| 2001- | Senior Researcher, Center for the Study of Language and Information, Stanford University |
| 1999 | Fulbright Distinguished Chair, University of Naples |
| 1986-2001 | Xerox Corporation, Corporate Research and Technology. 1995-2002, Principal Scientist, Xerox Palo Alto Research Center 1993-1995. Senior Research Scientist, Rank Xerox Research Centre, Grenoble |
| | 1986-1993, Senior Research scientist, Xerox Palo Alto Research Center |
| 1988-present | Consulting Full Professor, Department of Linguistics, Stanford University |
| 1980-1985 | Visiting Assistant Professor, Department of Linguistics, Stanford University. Researcher, Center for the Study of Language and Information |
| 1979-1980 | Assistant Professor, Department of Linguistics, U.C.L.A. |
| 1978-1979 | Fulbright Lecturer, University of Rome |
| 1977-1978 | Postdoctoral Fellow, Institute for Human Learning, University of California at Berkeley |
| 1976-1977 | Instructor, Department of English, Brooklyn College of C.U.N.Y. |
| 1975-1976 | Instructor, Department of Anthropology, Hunter College of C.U.N.Y. |

**Other Affiliations:**

| | |
|---|---|
| 1984-2001 | Associate, Center for the Study of Language and Information, Stanford University |
| 1992-present | Membre Associé, Institut Jean Nicaud (Centre de Recherche en Epistémologie Appliquée) (CNRS), Paris |
| 1991 | Member of Faculty, Linguistic Society of America Summer Institute, University of California at Santa Cruz |
| 1999-present | Member of Board of Trustees, Center for Applied Linguistics |
| 1999-2002 | Member of Steering Committee, Coalition for Networked Information |
| 1998-present | Member of Scientific Board, Unversità degli Studi, San Marino |
| 1998-2002 | Member of Advisory Board, Ecole Nationale des Sciences de l'Information et des Bibliothèques, Lyon. |
| 1987-1995 | Affiliated Research Scientist, Institute for Research on Learning, Palo Alto, California |

**Areas of Specialization**

Linguistics and Natural Language:
    Semantics and pragmatics, lexical semantics and lexicography
    Structures and genres of written language
    Normative grammar and language criticism
    Language policy (US and comparative)
    Text classification technologies
    Language and politics

Technology and communication (history and theory)

**Courses Taught**

Graduate and undergraduate courses in semantics and pragmatics, language policy, discourse analysis, structure and history of English, language and literature, language and politics, cultural implications of digital technologies

**Grants, Awards, and Special Lectureships:**

| | |
|---|---|
| 2002-03 | Martha Sutton Weeks fellowship, Stanford Humanities Center. |
| 2002 | Fellow. Council of the Humanities, Princeton University. |
| 1999 | Language and the Public Interest Prize, Linguistic Society of America |
| 1998-99 | Fulbright Distinguished Chair, University of Naples |
| 1998 | Harry Ransom Distinguished Visiting Humanities Professorship, University of Texas |
| 1989 | Xerox Corporate Research Group Award for Excellence in Science and Technology |
| 1979-1980 | Fulbright Lectureship, University of Rome, |
| 1977-78 | NIMH Postdoctoral Fellowship, Institute for Human Learning, University of California, Berkeley |
| 1976-77 | NSF Dissertation Grant |

**Books and Monographs:**

*After Information* (with Paul Duguid) in prep.

*Talking Right: How Conservatives Hijacked the Language of Politics,* forthcoming from Public Affairs, 2005

*Going Nucular*: *Language, Politics, and Culture in a Confrontational Age*, Public Affairs, 2004. (Listed as one of the ten best nonfiction books of 2004 by Amazon.com, ten best books of 2004 by the San Jose *Mercury News*, best language book of 2004 by the Hartford *Courant*)

*The Way We Talk Now*. Houghton Mifflin, 2001.

*The Future of the Book*. (ed.). University of California Press. 1996. Published in Spanish as *El Futuro del Libro*, Ediciones Paidos, Barcelona.

*Punctuation: An Exercise in the Linguistics of Written Language*. CSLI and University of Chicago Press, 1990. Reprinted 1995. Second edition, 2001.

*The Pragmatics of Reference* (dissertation) Indiana University Linguistics Club, 1978.

**Scholarly Articles, Research, and Shorter Publications:**

Technological Determinism and the Digital Future (with Paul Duguid), to appear in as-yet untitled Cambridge University Press collection on the influence of Elisabeth Eisenstein, 2005, Eric N. Lindquist, ed.

Thinking About the Government, *The American Prospect*, April, 2005.

Privatization and the English Language, *The American Prospect*, February, 2005

Indexical Descriptions and Descriptive Indexicals, in *Descriptions and Beyond: An Interdisciplinary Collection of Essays on Definite and Indefinite Descriptions and Other Related Phenomena*, Marga Reimer and Anne Bezuidenhout, eds., Oxford University Press, 2004.

The Internet: A New Babel? in Tony Judt and Denis Lacorne, eds., *The Politics of Language: Language, Nation, and State*. Palgrave, 2004.

The Bloody Crossroads of Grammar and Politics, in Stephen Pinker, ed., *Best Science and Nature Writing, 2004*. Houghton Mifflin, 2004.

The Liberal Label, *The American Prospect*, September, 2003.

The Pragmatics of Deferred Reference, article in *The Handbook of Pragmatics*, Laurence Horn and Gregory Ward, eds. Blackwell, 2003.

Authoritativeness Grading, Estimation and Sorting (with Francine Chen and Ayman Farahat), in Procedings of the Twenty-Fifth Annual International ACM-SIGIR Conference on Research and Development in Information Retrieval, 2002.

Do You Know What it Means to Miss New Orleans? Philology and Semantics: *Linguistics and Philosophy*, 25, 5-6, December, 2002.

Punctuation and Text-Category Indicators (with Edward Briscoe and Rodney Huddleston), chapter of *The Cambridge Grammar of English*, Rodney Huddleston and Geoffrey K. Pullum, eds., Cambridge University Press. 2002.

The Internet Filter Farce. *The American Prospect*, January 1, 2001.

Will the Internet Speak English? *The American Prospect*, March 27, 2000.
   Reprinted in the *Guardian*, November 2000.
   Reprinted in *The Economics of Language*, ed. D, Lamberton, Edward Elgar Publishing, to appear.

Usage in the *American Heritage Dictionary*, introductory essay to the *American Heritage Dictionary*, Fourth Edition, 2000.

The Persistence of English, introductory essay to the *Norton Anthology of English Literature*, Seventh edition, M. H. Abrams and Stephen Greenblatt, eds., Norton Publishing, 1999.

Les Enjeux Linguistiques d'Internet, *Critique Internationale*, 1999, 4.
   Reprinted in *Le Multilinguisme et le Traitement de L'information*, F. Segond, ed., Editions Hermes, 2002.

Will Libraries Survive? *The American Prospect*, November-December, 1998.

L'Avenir des Bibliothèques Numériques. Actes du Colloque, "Le livre a-t-il un avenir?," Doc Forum, Lyon, 1998

Double Standards [the Ebonics controversy] *Natural Language and Linguistic Theory*, 15, 3. 1997.

Lingo jingo: Why English-only is a mistake. *The American Prospect*, July, 1997.
   Reprinted in Fred Pincus and Howard Erlich, eds., *Race and Ethnic Conflict: Contending Views on Prejudice, Discrimination, and Ethnoviolence*, Westview Press, 1988.
   Reprinted in Rebecca Wheeler, ed., *Language Alive*, Praeger, 1998.
   Reprinted in Barbara Mori, ed. *STAND: Race and Ethnicity*, CourseWise Publishing, Bellevue, Ia, 1999.

Automatic Classification of Genre (with Hinrich Schütze and Brett Kessler), Procedings of The Annual Meeting, Association for Computational Linguistics, 1997.

L'Amérique par la Langue. *Cahiers de Médiologie*, April, 1997.

The View from Section Z [Linguistics as a science] Natural Language and Linguistic Theory, 14, 2. 1996.

Snowblind [On linguistic relativism]. *Natural Language and Linguistic Theory*, 14, 1. 1996

Farewell to the Information Age, in *The Future of the Book*, Geoffrey Nunberg, ed., University of California Press, 1996.

Gimcrack nation [Electronic discussion lists] *Natural Language and Linguistic Theory*, 13, 4. 1995.
   Reprinted (as "To Delete or Not to Delete") in *Lingua Franca*, January, 1996.

The Future of Multilingualism and Multilingual Technologies (with Annie Zaenen). In *Computational Linguistics in the Netherlands*, 1995.

Les Langues du Discours Electronique. In Actes du colloque "Langues et Sciences en Europe", Roger Chartier and Pietro Corsi, eds., Ecole des Hautes Etudes en Sciences Sociales, Paris, November 1994.
   Reprinted in *Alliages*, December 1995.
   Reprinted in Italian, as Impigliati nella rete, *Sapere*, June, 1995.

Angels in America [Linguistic nativism], *Natural Language and Linguistic Theory*, 13, 2. 1995.

Meanings and Theories. In J.Klavans, ed., Procedings of AAAI Symposium on the Lexicon, March 1995.

A Touch of Crass: The popularizers we deserve, *Natural Language and Linguistic Theory*, 13, 1, 1995.

Transfers of Meaning. *Journal of Semantics*, Winter, 1995.

Les Télétheques. In Actes du Colloque "Va-t-on vivre par l'écran interposé?", Institut National de l'Audiovisuel, Paris, 1994, ed. Régis Debray.

Idioms (with Ivan Sag and Thomas Wasow). *Language*, 70: 3, September, 1994.

The Places of Books in the Age of Electronic Reproduction. *Representations* 24, Spring, 1993.
    Reprinted in *Future Libraries*, R. Howard Bloch and Carla Hesse, eds., University of California Press, 1994.

Indexicality and Deixis. *Linguistics and Philosophy*, 16: 1, 1993.

Text, Form, and Genre. Screening Words: Proceedings of 8th Annual Conference of Waterloo Center for the New OED, University of Waterloo, 1992

Systematic Polysemy in Lexicology and Lexicography (with Annie Zaenen). Hannu Tommola, Krista Varantola, Tarja Salmi-Tolonen and Jürgen Schopp, eds., Proceedings of Euralex II, University of Tampere, Tampere, Finland, 1992. Reprinted in French translation in Linguistique Française, June, 1996

Two Kinds of Indexicality. Chris Barker and David Dowty, eds. Semantics and Linguistic Theory II, Ohio State, 1992.

Usage in the Dictionary. Introduction to the *American Heritage Dictionary*, Third Edition. Houghton Mifflin, 1992.

Reimagining America. James Crawford, ed. *Language Loyalties. A Sourcebook on the Official-Language Movement*. The University of Chicago Press, 1992.

The Official-English Movement. Karen Adams and Daniel Brink, eds., *Perspectives on Official English*, New York: Mouton, 1990.

From Criticism to Reference. *International Journal of Lexicography*, 3:1. 1990.

The Field of Linguistics. Publication of the Linguistic Society of America, 1990.

Indexicality in Contexts. Xerox PARC Tech Report, 1990.

What the Usage Panel Thinks. L. Michaels and C. Ricks, eds., *The State of the Language. University of California Press*, 1990.

Linguists and the Official Language Movement. Language, 66:3, September, 1989.

Common-Sense Semantics and the Lexicon. Proceedings of the Third Conference on Theoretical Issues in Natural-Language Processing, 1987.

Prosaic and Poetic Metaphors. Proceedings of the Third Conference on Theoretical Issues in Natural-Language Processing, 1987.

Contextualizing Individuation: "The same F." Papers from the Third West Coast Conference on Formal Linguistics, CSLI Publications, Stanford University, 1984.

Idioms: An Interim Report (with Thomas Wasow and Ivan Sag). Proceedings of the Plenary Sessions, XIII[th] International Congress of Linguists. Tokyo, 1982.

English and Good English. Introduction to *The American Heritage Dictionary*, Second College Edition. Boston: Houghton-Mifflin, 1982.

Validating Pragmatic Explanations. P. Cole, ed., *Radical Pragmatics*. New York: Academic Press, 1981.

The Reversal of a Reported Merger in Eighteenth-Century English. W. Labov, ed., *Locating Language in Space and Time*. New York: Academic Press, 1980.

Upper-class Speech in New York City. T. Shopen, ed., *Variation in the Structure and Use of English*. Boston: Newbury, 1980.

The Non-uniqueness of Semantic Solutions: Polysemy. *Linguistics and Philosophy*, 3:1, 1979.

Slang, Usage-conditions and l'Arbitraire du Signe. Papers from the Parasession on the Lexicon. Chicago: Chicago Linguistics Society, 1978.

Inferring Quantification in Generic Sentences (with Chiahua Pan). Proceedings of the Eleventh Annual Meeting, Chicago Linguistic Society.  Chicago:  Chicago Linguistics Society, 1975.

Syntactic Relations in Types and Tokens, in Proceedings of the Tenth Annual Meeting, Chicago Linguistic Society.  Chicago: Chicago Linguistics Society, 1974.

Two Problematic Mergers (with William Labov). W. Labov, M. Yaeger, and R. Steiner, *The Quantificational Study of Sound Change in Progres*s.  Philadelphia:  U.S. Regional Survey, 1974.

**Selected Book Reviews:**

Review of *The Power of Babel*, by John McWhorter, the Los Angeles *Times* Book Review, February 24, 2002.

Revicw of *Language and the Internet*, by David Crystal. *Nature*, January 15, 2002..

Review of *The Scientific Voice,* by  Scott Montgomery, *Science*, September 20,1996.  Reprinted in Katherine Livingstone, ed., *Scientifically Yours*. Groupe Lavoisier, Paris, 1997.

Story time (commentary on "About Design," by J. S. Brown and Paul Duguid).  *Human-Computer Interaction*, Winter, 1994.

Review of *Language of the Underworld*, by David Maurer. *The New York Times Book Review*, April 9, 1982.

Review of *The Psychology of Literacy*, by Sylvia Scribner and Michael Cole.  *The New York Times Book Review*, December 13, 1981.

Review of *Beyond the Letter*, by Israel Scheffler.  *The Philosophical Review*, 1981:2.

Review of *Forms of Talk*, by Erving Goffman.  *The New York Times Book Review*, March 10, 1981.

**Electronic Publications:**

Time line of the history of information, for the Encyclopedia Britannica, CD-ROM version.

The Field of Linguistics: Web project for the Linguistic Society of America. Co-editor, with Thomas Wasow. See http://www.lsadc.org/flxtitlepg.html

**General-Interest Articles and Regularly Appearing Features:**

Bi- or triweekly commentaries on language and politics, Sunday *New York Times* Week in Review section, 2002-

Regular language commentaries, "Fresh Air," National Public Radio, 1989-present.  Individual "Fresh Air" pieces published in various magazines in US and Europe.

Regular "Letter from America" features, BBC4, 2004-

Bimonthly features on language and the law for *California Lawyer*, 2000-2002

"Topic… Comment." Quarterly column, *Natural Language and Linguistic Theory*. 1994-1998.

Other commentaries and opinion pieces in the *Washington Post*, the *Los Angeles Times*, the *San Jose Mercury News*, *Newsday*, the *San Francisco Chronicle*, and the *Chicago Tribune*.

General interest articles in *The Atlantic*, *Forbes ASAP*, *Fortune*, *American Lawyer*, and *The American Prospect*.

A number of these articles and commentaries are available at my Web pages at http://www-csli.stanford.edu/~nunberg

**Patents and Patent Applications:**

A method of determining the authoritativeness of texts using surface features of untagged texts, with Francine Chen and Ayman Farahat. US Patent application, 2002. (3 separate patents)

A method of automatically determining text genres using surface features of untagged texts, with Hinrich Schuetze. US Patent application, 1997.

Processing natural-language text using autonomous punctuational structure (first-named applicant, with Curtis Abbott and Brian Smith). US patent application 07/274,158 (1990) (Patent granted March 1991).

A method for manipulating digital data [natural-language structure editor] (first-named applicant, with Tayloe Stansbury, Curtis Abbott, and Brian Smith). European patent application 89312093.1-. (1989).

**Selected Presentations:**

The Shadow Cast by Language upon Truth, keynote talk, Western Humanities Conference, UC Santa Cruz, Oct. 22, 2004

Linguistic Issues in Trademark Law, invited talk at Midwest Intellectual Property Institute, Sept. 19, 2003.

The Future of Propaganda, McClatchy Lecture, Stanford University Department of Communication, May 10, 2003.

Building the Democratic Brand, presentation to U.S. Senate Democratic Caucus, Democratic Leadership Conference, May 1, 2003.

Language in the Public Eye, plenary talk, American Association of Applied Linguistics, Washington, D.C., March, 2003.

Language Questions and Questions of Language (two lectures), Princeton Humanities Council, November, 2002.

Why "Literacy"? Keynote talk, Conference on "Reading Literacy," Harvard Humanities Center, April 12, 2002.

Can There be an Electronic Dictionary?, invited talk, ATLAN conference, Paris, January 24, 2002.

The Future of Paper, invited talk, Conference on "The Future of Paper as a Communications Medium," Stockholm, March 20-22, 2001.

What Language for the Internet?, Keynote Address, Voice and Technology Forum, Santa Clara, CA December 12, 2000

En Quête de l'Ordre des Livres Numériques, Annual UNESCO Lecture, University of Grenoble, May 10, 2000.

The Order of Electronic Discourse, Invited Address, Victoria Library Association, Melbourne Australia, February 2000.

Languages in a Wired World. Conference on "La politique de la langue," Centre d'Etudes et Recherches Internationales, Paris, October 2, 1998.

The Future of Academic Publishing. Conference on "The Endangered Monograph," Berkeley Humanities Center, April 12, 1998.

Le Papier et les Nouvelles Technologies de l'Impression. Conference on "Le devenir du papier moderne," Bibliotheque Nationale de France, December, 1997.

L'Avenir de la Bibliothèque, DocForum, Lyon, November, 1997.

Individual and Collective Semantics, Conference on the future of semantics, San Marino, November, 1997.

The Compositionality of Idioms, International Congress of Linguists, Paris, July, 1997.

Does Cyberspace have Boundaries? Panel on cyberspace and community. University of Indiana, 1997.

Automatic Classification of Genre (with Hinrich Schütze and Brett Kessler), Annual Meeting, Association for Computational Linguistics, Madrid, 1997.

Variation in Written-Language Category Structure, keynote talk, ACL Workshop on punctuation and written language, Santa Cruz, CA, June 28, 1996.

Does the Book have a Future? Commonwealth Club of San Francisco, (broadcast on C-SPAN) June 4, 1996.

Regular Polysemy and Lexical Representation, plenary talk, Conference on the Lexicon, Courmayeur, Italy, September 6, 1996.

Underdetermination in the Lexicon, invited talk, conference on Lexical Underdetermination, Berlin, October 27, 1996.

Are there Universal Language Rights? Invited talk, Conference on Language Legislation and Linguistic Rights, University of Illinois, to be held March 20-23, 1996.

Language Standards and Language Science. Session on Language Standards and Language Science, Annual Meeting, American Association for the Advancement of Science. To be held February 28, 1996.

The Technologies of Reputation, Keynote talk, Conference on Literature and Libraries, Columbia University, October 27, 1995.

*Maux d'Archive*: Preservation and access in electronic collections, CARL conference on "Retooling Academic Libaries for the Digitial Age," San Francisco, October 21, 1995.

Les Langues du Discours Electronique. Colloquium on *Sciences et Langues en Europe*, Ecole des Hautes Etudes en Sciences Sociales, Paris, November 14, 1994.

The once and Future Dictionary. Conference on Dictionaries and Information Technology, Grenoble, October 17-19, 1994.

Farewell to the Information Age. Conference on the Future of the Book, San Marino, July 28, 1994.

The Future of the Book. Keynote talk, Annual Meeting, American Association of University Presses, Washington, D. C., June 23, 1994.

Information in its Place. Plenary talk, Annual meeting, American Society of Information Science, Portland, May 22, 1994.

Remarques sur les Télétheques, Conference "Va-t-on vivre par l'ecran interposé?," University of the Sorbonne, Paris, April 15, 1994.

Transferts de Signification, Cognitive Science Seminar, Centre de Recherche en Epistémologie Appliquée, CNRS, Paris, Jan 20, 1994.

The Future of Information, Conference on The Electronic Book: A New Medium?, Grenoble, September 9, 1993.

Meaning and Metaphor, Invited address, Association for Computational Linguistics, Columbus, Ohio, June 20, 1993.

Taking Usage Seriously, Invited talk, Dictionary Society of North America, Las Vegas, May, 1993.

On Predicate Transfer, Invited talk, Conference on Lexical Universals, Dagstuhl, Germany, April, 1993.

Indexicality and Direct Reference, Conference on Context and Interpretation, Berkeley, March, 1993.

Dirty Words. Paper given at Special Session of Dickens Society on "Dirt," Modern Language Association, New York City, December, 1992.

Polysemy in Lexical Description. Conference on Computational Approaches to the Lexicon, Las Cruces, New Mexico; November 2, 1992.

Text, Form, and Genre, 8th Annual Conference of Waterloo Center for the New OED, Waterloo, Ontario, October, 1992.

The Shadow of Rruth, Conference on "Inscribing Grammar on Culture," Clark Library, Los Angeles, October, 1992.

The Compositionality of Phrasal Idioms (with Ivan Sag and Thomas Wasow), Conference on Idioms, Tilburg, Netherlands, September 1992.

Systematic Polysemy in Lexicology and Lexicography (with Annie Zaenen), Annual Meeting of the European Association of Lexicography (Euralex), Tampere, Finland, August, 1992.

Indexicality and Deixis, Conference on the Pragmatics of What is Said, Centre de la Recherche en Epistémologie Appliquèe, Paris, June, 1992.

The Places of Books in the Age of Electronic Reproduction, Conference on Future Libraries, University of California, Berkeley, April, 1992.

Two Kinds of Indexicality, Conference on Semantics and Linguistic Theory, Columbus, Ohio, April, 1992.

Good Grammar and Good Taste: Eighteenth-century prescriptivism and theories of aesthetics, Annual Meeting, North American Association for the History of Linguistic Science, Philadelphia, January, 1992.

Le Varietà della Metafora, Conference on Topics in Semantic Theory, Università degli Studi, San Marino, December, 1991.

The Teaching of Grammar: a historical overview, Special session on Linguistics in the K-12 Curriculum. Annual Meeting, Linguistic Society of America, Chicago, December 28, 1991.

On Document Genres. Xerox Corporation Symposium on the Document, Stamford, CT, April 15, 1991.

Usage and Naturalism, Meeting of American Dialect Society, Atlanta, October, 1990.

Indexicality in Context, CNRS conference on Philosophie et les Sciences Cognitives, Cérisy-la-Salle, France, 1990.

A survey of Prescriptive Attitudes (with Kristin Hanson), Annual Meeting, Linguistic Society of America, New Orleans, 1988.

Linguistic Nationalism in the English tradition, Conference on Language Rights and Public Policy, Stanford University April 17-18, 1988.

American Attitudes toward Second-Language Learning, Annual Meeting, Advocates for Language Learning, San Francisco, 1988.

What the 'English-only' People are After, Colloquium on the Official Language movement, Roundtable Conference on Languages and Linguistics, Georgetown University, 1987.

Common-Sense Semantics and Lexical Information, Third Conference on Theoretical Issues in Natural-Language Processing, Las Cruces, NM, 1987.

Prosaic and Poetic Metaphors, Third Conference on Theoretical Issues in Natural-Language Processing, Las Cruces, NM, 1987.

What we talk about when we talk about grammar, Annual Meeting, National Council of Teachers of English; Detroit, Michigan, 1985.

Some Difficulties for Direct-Reference Theories. Conference on "Themes from Kaplan," Stanford University, April, 1984.

Individuation in Context, Conference on Semantic Theory, Centro Di Studi Linguistici e Semiotici, Urbino, Italy, 1983.

Why there is no syntax of words, Conference on Morphology and Linguistic Theory, Stanford University, 1983.

Idiomaticity in Argumentation for Transformational Grammar, (with Ivan Sag and Thomas Wasow), U.C.L.A. Conference on the Extended Standard Theory, 1982.

'The same F,' NSF-CNRS Seminar on Discourse Comprehension, Cadarache, France, June, 1982.

The Compositionality of Idioms, (with Ivan Sag and Thomas Wasow), Annual Meeting, Linguistic Society of America, New York City, 1981.

The Case for Prescriptive Grammar, Conference on New Ways of Analyzing Linguistic Variation, Ann Arbor, 1981.

*Langue* and Competence: The bases of idealization in linguistics," Colloquium on the Object of Linguistic Theory, Annual Meeting, Linguistic Society of America, San Antonio, 1980.

What do We Mean by 'The Same Language'? Annual Meeting, Berkeley Linguistics Society, 1980.

Deferred Interpretation and Direct Reference, Sloan Workshop on Semantics, Asilomar, California, 1980.

Idealization in syntax and semantics, Conference on Pragmatics, Centro di Studi Linguistici e Semiotici, Urbino, 1979.

La Metafora nel Lessico, Conference on Metaphor, D.A.M.S., University of Bologna, 1979.

Methodology and Explanation in Sociolinguistics, First Berkeley Conference on Sociolinguistics, 1978.

Sociolinguistics and Social History, Conference on Linguistic Variation, S.U.N.Y. at Binghamton, 1976.

Lexical Ambiguity and Referential Indeterminacy, Annual Meeting, Linguistic Society of America, San Francisco, 1975.

The Semantics of Parenthetical Verbs, Annual Meeting, Linguistic Society of America, New York City, 1974.

English Pro-Complementizers, Annual Meeting, Linguistic Society of America, San Diego, 1973.

The Quantificational Study of a Sound Change in Progress: Social and linguistic setting, Summer Meeting, Linguistic Society of America, Ann Arbor, 1973.

**Invited Lectures:**

LINGUISTICS DEPARTMENTS

University of Arizona, 1988, 1997
University of British Columbia, 1992
Cambridge University, 1994, 1998
University of California, Berkeley, 1979, 1987, 1993, 1997
Edinburgh University 2002
Georgetown University, 1985, 2003
University of Grenoble, 1994
University of Illinois, 1989, 1995
University of Kentucky, 1991
University of California at Los Angeles, 1981, 1989
University of California at San Diego, 1997
Massachusetts Institute of Technology, 1986
University of Naples, 1999
California State University at Northridge, 2003
Ohio State University, 1993
University of Pennsylvania, 1986, 1992
Pitzer College, 1995
Princeton University, 2002
University of Rome, La Sapienza, 1999
San Jose State, 1995
University of California, Santa Cruz, 1984, 1991
University of Southern California, 1987
Stanford University, numerous colloquia
University of Strasbourg, 1993
University of Texas at Austin, 1987. 1998
University of Washington, 2004

OTHER DEPARTMENTS AND PROGRAMS

Max-Plank-Gesellschaft, Arbeitsgruppe Strukturelle Grammatik, Berlin 1996
Cognitive Science Program, University of Illinois, 1989
Cognitive Science Program, University of Edinburgh, 1994
Cognitive Science (ICSC), University of Pennsylvania, 1996
Computer Science, Yale University, 1988
Computer Science, University of Brighton, 1998
Computer Science, University of Pennsylvania, 1992
Communications, University of Grenoble, 2000
Communications, University of California at San Diego, 2002
Digital Libraries program, University of California, Berkeley, 1996
Digital Libraries program, Stanford University, 1996
English and Rhetoric, University of Southern California, 1987
English, Frei Universität, Berlin
English, University of California at Irvine, 1985

English, University of British Columbia, 1992
English, University of Michigan, 1986
English, Graduate Center of C.U.N.Y., 1998
English, University of California, Santa Cruz, 1984
English, University of Minnesota, 1979
Informatics, University of Edinburgh, 2002
Library Science, University of Texas, 1998
Library Science, University of Arizona, 1997
Library Science, University of California at Berkeley, 1992
Library Science, University of California at Los Angeles, 1999
Library Science, San Jose State, 1994
Library, Stanford University, 1992
School of Information Management and Systems, U. C. Berkeley, 1999, 2003
National Foreign Language Center, Washington D.C., 1988
Natural Language Group, Bell Laboratories, 1985
Philosophy, Stanford University, 1983, 1990
Philosophy, University of California at Berkeley, 1980
Philosophy, University of Bologna, 1980
Psychology, The American University, 1996
Istituto di Psicologia, CNR, Rome, 1979, 1983
CNRS, Groupe de Recherche sur la Cognition, Paris, 1992, 1994, 1998
CNRS, Groupe de Recherche sur les Orthographes et Systèmes d'Ecriture, Paris, 1992
American Association of University Presses, 1994, 1998
DAMS, University of Bologna, 1999

**Conferences, Conference Sessions, and Workshops Organized:**

The future of academic publishing. Workshop at annual meeting of American Association of University Presses, Berkeley, CA, October 14, 1998.

Does the book have a future? University of California, San Francisco, April 23, 1996.

Genre in Digitial Documents. Track of Hawaii International Conference on Systems Science, Maui, Jan 5-7, 1997. Also organized this session for 1998, 1999.

Fencing off the Public Sphere (Envelope technologies and fair use). Xerox PARC, May 5, 1996.

Language Standards and Linguistic Science. Conference session, Annual Meeting, American Association for the Advancement of Science. To be held February 28, 1996.

Conference on the Future of the Book, San Marino, July 28-30, 1994. Co-sponsored by Rank Xerox European Research Centre, Grenoble, and the Center for Cognitive and Semiotic Studies, San Marino. (Co-organizer with Patrizia Violi, University of Bologna.)

Conference on The Electronic Book: A New Medium?, Grenoble, September 9-10, 1993. Co-sponsored by Rank Xerox European Research Centre and the Bibliothèque de France. Also subject of seminar presentation at RXRC inaguration, October 15, 1993.

NSF Conference on Digital Libraries, Xerox Palo Alto Research Center, March 10-11, 1992. (Co-organizer, with David Levy, Xerox PARC, and Y. T. Chien, NSF.)

Workshop on Linguistics and Lexicography, Center for the Study of Language and Information, Stanford University, April 18-19, 1991.

Special session on Linguistics in the K-12 curriculum, Annual Meeting, Linguistic Society of America, Chicago, January 11, 1991. (Co-Organizer with Penelope Eckert, Institute for Research on Learning.)

Conference on Language Rights and Public Policy, Stanford University, April 17-18, 1988. Sponsored by Californians United, ACLU, and NEA. (Co-organizer with Edward Chen, American Civil Liberties Union, and Martha Jimenez, MALDEF.)

**Legal Expert Work:**

U.S. District Court, Northern District of California, 2005. Jamdat Mobile, Inc. v. Jamster! International Ltd. Expert report for defendant. Arnold & Porter, attorneys. (Trademark case)

Delaware Court of Chancery, 2005. Expert report for defendant. American Legacy Foundation v. Lorillard Tobacco. Richards, Layton, & Finger, attorneys. (Contract interpretation)

Federal Trade Comission, 2004. Matter of Basic Research. Expert report for FTC. (Language of advertisement)

U.S. District Court, District of Minnesota, 2004. Master Craft Tool v. Stanley Works. Expert report for plaintiff. Winthrop & Weinstine, attorneys. (Trademark case)

Trademark Trial and Appeal Board, 2004. Noxell (Procter & Gamble) v. Viacom. Expert report for defendant. Morrison & Foerster, attorneys. (Trademark case)

U.S. District Court, Northern District of California, 2004. Monster Cable Products Inc. vs. Discovery Communications, Inc. Expert report for plaintiff. Cooper, White, and Cooper, attorneys. (Trademark case)

U.S. District Court, Southern District of California, 2004. Rudolph International Inc. v. Realys, Inc. Expert report for defendant. Heller and Edwards, attorneys. (Trademark case)

California Court of Appeals, Sixth Appellate District, 2004. Janet Gray Hayes v. Security National Insurance Company. Expert report for plaintiff. McManis, Faulkner, and Morgan, Attorneys. (Language of insurance policy)

U.S. District Court, District of Northern California, 2004. Verisign Inc. v. Visa USA Inc. Expert report for plaintiff, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, Attorneys. (Trademark case).

Superior Court of the State of California, 2003, Horn v. UnumProvident, Expert report for plaintiff, Hersh and Hersh, Attorneys. (Language of insurance policy)

U.S. District Court for the District of Delaware, 2003, Verizon Wireless v. Nextel Communications. Expert report and research for defendant. Fitch, Even, Tabin & Flannery, Attorneys. (Trademark case)

Superior Court of the State of California, 2003, Webster Bivens v. CSK Auto, Inc. aka Kragen Auto Parts. Michael A. Vacchio, attorney. (Language of advertisements)

Superior Court of the State of California, 2003, Annette Friskopf v. Sharon Silverstein, Expert report for defandant, Gray Cary Ware & Friedrich, Attorneys. (Defamation case)

Superior Court of the State of California, 2003, Paul and Myra Bogdan v. Noble Broadcast Group, Expert report for defendant. Gray Cary Ware & Friedrich, Attorneys. (Defamation case)

Superior Court of the State of California, 2003, Garza et al. v. GMAC. Expert report and trial testimony for defendant. Severson and Werson, Attorneys. (Language of statutory notice)

U.S. District Court, District of Oregon, 2002. Matthew Rausch et al. v. Hartford Financial Services. Expert report for defendant. Bullivant Houser Bailey, Attorneys. (Language of statutory notice)

U.S. District Court, Northern District of Illinois, 2002. Sears, Roebuck and Co. v. Menard, Inc. Expert report for defendant. Fish and Richardson, Attorneys. (Trademark case)

U.S. District Court, Eastern District of Pennsylvania, 2001. American Library Association v. U.S. Expert report and trial testimony for plaintiff, Jenner & Block, attorneys. (Constitutional challenge to Children's Internet Protection Act)

U.S. District Court, Central District of California, 2000; More Online v. More.com. Expert statement for defendant. Fenwick & West, attorneys. (Trademark case)

California Court of Appeals, First Appellate District, Division 3, 2000. People v. Johnny Ralph Fanin. Expert statement for defendant. Zanzinger & Johnston, attorneys. (Criminal proceeding)

Superior Court of the State of California, 1999. California Consumers v. Columbia House Company. Expert statement for defendant. Heller Ehrman White & McAuliffe, attorneys. (Contract interpretation)

Trademark Trial and Appeals Board, Patent and Trademark Office, 1998-99; Harjo v. Pro-Football, Inc. Expert statement and trial depositions for petitioners (pro bono) Dorsey and Whitney, attorneys. (Trademark cancellation petition)

U.S. District Court, Southern District of New York, 1998; Raine v. CBS Inc., Expert statement and deposition for defendant. CBS Inc. legal department, attorneys. (Contract interpretation)

Superior Court of the State of California, 1997; Bertolucci v. Ananda Church of God. Expert statement for defendant. Rockhill, Schaiman, and Carr, attorneys. (civil action)

**Other Professional and Public Activities:**

Member of Board of Trustees, Center for Applied Lingistics, 1999-2004

Member of Steering Committee, Coalition for Networked Information, 1999-2003

Referee of articles or manuscripts: *Language*, *Linguistic Inquiry*, *General Linguistics*, *Linguistics and Philosophy*, *Recherches Linguistiques*, *Natural Language and Linguistic Theory, Philosophical Review, Synthese*, Yale University Press, Cambridge University Press, Stanford University Press, Oxford University Press, University of Chicago Press, MIT Press, D. Reidel, Sage Publishing.

Perennial reviewer for various program committees (WCCFL, SALT, etc.),

Referee of grant proposals: National Science Foundation (sections on linguistics, computer science, AI and robotics, psychology); National Foreign Language Center; National Institute of Mental Health, National Endowment for the Humanities.

Executive Committee, National Coalition for Language Rights (co-founder).

Committee on Political and Social Concerns, Linguistic Society of America, 1990-1997

Usage Editor, *The American Heritage Dictionary*, second edition.

Usage Editor and Chair of Usage Panel, *The American Heritage Dictionary*, third and fourth editions. Ongoing consultancy with Houghton Mifflin.

Host of programs for City Arts and Lectures, San Francisco (broadcast on NPR), 2001-: Interviewees include Eavan Boland, A. S. Byatt, Robert Hass, Maxine Hong Kingston, Michael Ondaatje, Simon Winchester, Tobias Wolff, Terry Gross.