# Exhibit 15

# Exhibit 15

CD containing true and correct copy of an educational video from the University of Toronto by Professors Patternson Hume and Donald Ivey entitled "Frames of Reference," as well as excerpts from that video.

(CD to be filed separately.)