# Exhibit 18



# Merriam-Webster's Collegiate® Dictionary

TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.

## plastic • platitudinously    891

: having a quality suggestive of mass-produced plastic goods; *esp*: ARTIFICIAL 4 ⟨~ smiles⟩
**syn** PLASTIC, PLIABLE, PLIANT, DUCTILE, MALLEABLE, ADAPTABLE mean susceptible of being modified in form or nature. PLASTIC applies to substances soft enough to be molded yet capable of hardening into the desired fixed form ⟨*plastic* materials allow the sculptor greater freedom⟩ PLIABLE suggests something easily bent, folded, twisted, or manipulated ⟨*pliable* rubber tubing⟩. PLIANT may stress flexibility and sometimes connote springiness ⟨an athletic shoe with a *pliant* sole⟩. DUCTILE applies to what can be drawn out or extended with ease ⟨*ductile* metals such as copper⟩. MALLEABLE applies to what may be pressed or beaten into shape ⟨the *malleable* properties of gold enhance its value⟩. ADAPTABLE implies the capability of being easily modified to suit other conditions, needs, or uses ⟨computer hardware that is *adaptable*⟩

¹**plastic** *n* (1905) **1** : a plastic substance; *specif* : any of numerous organic synthetic or processed materials that are mostly thermoplastic or thermosetting polymers of high molecular weight and that can be made into objects, films, or filaments  **2** : credit cards used for payment — **plas·ticky** \'plas-ti-kē\ *adj*

-**plastic** *adj comb form* [Gk *-plastikos*, fr. *plassein*] **1** : developing : forming ⟨thrombo*plastic*⟩  **2** : of or relating to ⟨something designated by a term ending in *-plasm, -plast, -plasty,* or *-plasy*⟩ ⟨homo*plastic*⟩ ⟨neo*plastic*⟩

**plas·ti·cal·ly** \'plas-ti-k(ə-)lē\ *adv* (1835)  **1** : in a plastic manner  **2** : with respect to plastic qualities

**plastic art** *n* (ca. 1907)  **1** : art (as sculpture or bas-relief) characterized by modeling : three-dimensional art  **2** : visual art (as painting, sculpture, or film) esp. as distinguished from art that is written (as poetry or music) — often used in pl.

**plastic foam** *n* (1943) : EXPANDED PLASTIC

**plas·ti·cine** *also* **plas·ti·cene** \'plas-tə-ˌsēn\ *n* [fr. *Plasticine*, a trademark] (1897) : a plastic paste used for models and sculptures

**plas·tic·i·ty** \pla-'sti-sə-tē\ *n* (ca. 1783)  **1** : the quality or state of being plastic; *esp* : capacity for being molded or altered  **2** : the ability to retain a shape attained by pressure deformation  **3** : the capacity of organisms with the same genotype to vary in developmental pattern, in phenotype, or in behavior according to varying environmental conditions

**plas·ti·cize** \'plas-tə-ˌsīz\ *vt* **-cized; -ciz·ing** (1919)  **1** : to make plastic  **2** : to treat with a plastic ⟨a *plasticized* mattress cover⟩ — **plas·ti·ci·za·tion** \ˌplas-tə-sə-'zā-shən\ *n*

**plas·ti·ciz·er** \'plas-tə-ˌsī-zər\ *n* (1925) : one that plasticizes; *specif* : a chemical added esp. to rubbers and resins to impart flexibility, workability, or stretchability

**plastic surgeon** *n* (1946) : a specialist in plastic surgery

**plastic surgery** *n* (1842) : surgery concerned with the repair, restoration, or improvement of lost, injured, defective, or misshapen body parts

**plas·tid** \'plas-təd\ *n* [G, fr. Gk *plastos* molded] (1885) : any of various cytoplasmic organelles (as an amyloplast or chloroplast) of photosynthetic cells that serve in many cases as centers of special metabolic activities — **plas·tid·i·al** \pla-'sti-dē-əl\ *adj*

**plas·ti·sol** \'plas-tə-ˌsäl, -ˌsȯl\ *n* [*plastic* + ⁴*sol*] (1946) : a substance consisting of a mixture of a resin and a plasticizer that can be molded, cast, or made into a continuous film by application of heat

**plas·to·cy·a·nin** \ˌplas-tō-'sī-ə-nən\ *n* [Gk *plastos* + E *cyan-* + ¹-*in*] (1961) : a copper-containing protein that acts as an intermediary in photosynthetic electron transport

**plas·to·qui·none** \ˌplas-(ˌ)tō-kwi-'nōn, -'kwi-ˌ\ *n* [Gk *plastos* + E *quinone*] (1958) : a plant substance that is related to vitamin K and plays a role in photosynthetic phosphorylation

**plas·tral** \'plas-trəl\ *adj* (1889) : of or relating to a plastron

**plas·tron** \'plas-trən\ *n* [MF, fr. OIt *piastrone*, aug. of *piastra* thin metal plate — more at PIASTRE] (ca. 1507)  **1 a** : a metal breastplate formerly worn under the hauberk  **b** : a quilted pad worn in fencing practice to protect the chest, waist, and the side on which the weapon is held  **2** : the ventral part of the shell of a tortoise or turtle consisting typically of nine symmetrically placed bones overlaid by horny plates  **3 a** : a trimming like a bib for a woman's dress  **b** : DICKEY 1a  **4** : a thin film of air held by water-repellent hairs of some aquatic insects

-**plasty** *n comb form* [F *-plastie*, fr. LGk *-plastia* molding, fr. Gk *plastēs* molder, fr. *plassein*] : plastic surgery ⟨osteo*plasty*⟩

-**plasy** — see -PLASIA

¹**plat** \'plat\ *vt* **plat·ted; plat·ting** [ME, alter. of *plaiten*] (14c) : PLAIT

²**plat** *n* (1535) : PLAIT

³**plat** *n* [prob. alter. of *plot*] (15c)  **1** : a small piece of ground (as a lot or quadrat) : PLOT  **2** : a plan, map, or chart of a piece of land with actual or proposed features (as lots); *also* : the land represented

⁴**plat** *vt* **plat·ted; plat·ting** (1751) : to make a plat of

**plat·an** \'pla-t°n\ *n* [ME, fr. L *platanus* — more at PLANE] (14c) : PLANE

**plat du jour** \ˌplä-də-'zhu̇r, ˌpla-\ *n, pl* **plats du jour** \*same*\ [F, lit., plate of the day] (1906) : a dish that is featured by a restaurant on a particular day

¹**plate** \'plāt\ *n* [ME, fr. OF, fr. *plate,* fem. of *plat* flat, fr. (assumed) VL *plattus,* prob. fr. Gk *platys* broad, flat — more at PLACE] (14c)  **1 a** : a smooth flat thin piece of material  **b** (1) : forged, rolled, or cast metal in sheets usu. thicker than ¼ inch (6 millimeters)  (2) : a very thin layer of metal deposited on a surface of base metal by plating  **c** : one of the broad metal pieces used in armor; *also* : armor of such plates  **d** (1) : a lamina or plaque (as of bone or horn) that forms part of an animal body; *esp* : SCUTE  (2) : the thin under portion of the forequarter of beef; *esp* : the fatty back part — see BEEF illustration  **e** : HOME PLATE  **f** : any of the large movable segments into which the earth's crust is divided according to the theory of plate tectonics  **2** [ME; partly fr. OF *plate* plate, piece of silver; partly fr. OSp *plata* silver, fr. (assumed) VL *platta* metal plate, fr. fem. of *plattus* flat]  **a** *obs* : a silver coin  **b** : precious metal; *esp* : silver bullion  **3** [ME, fr. MF *plat* dish, plate, fr. *plat* flat]  **a** : domestic hollowware made of or plated with gold, silver, or base metals  **b** : a shallow usu. circular vessel from which food is eaten or served  **c** (1) : a quantity to fill a plate : PLATEFUL  (2) : a main course served on a plate  (3) : food and service supplied to one person ⟨a dinner at $10 a ~⟩  **d** (1) : a prize given to the winner in a contest  (2) *Brit* : a horse race in which the contestants compete for a prize of fixed value rather than stakes  **e** : a dish or pouch passed in taking collections  **f** : a flat glass dish used chiefly for culturing microorganisms  **4 a** : a prepared surface from which printing is done  **b** : a sheet of material (as glass) coated with a light-sensitive photographic emulsion  **c** (1) : the usu. flat or grid-formed anode of an electron tube at which electrons collect  (2) : a metallic grid with its interstices filled with active material that forms one of the structural units of a battery  **d** : LICENSE PLATE  **5** : a horizontal structural member that provides bearing and anchorage esp. for the trusses of a roof or the rafters  **6** : the part of a denture that fits to the mouth; *broadly* : DENTURE  **7** : a full-page illustration often on different paper from the text pages  **8** : a schedule of matters to deal with ⟨have a lot on my ~ now⟩ — **plate·ful** \-ˌfu̇l\ *n* — **plate·like** \-ˌlīk\ *adj*

²**plate** *vt* **plat·ed; plat·ing** (14c)  **1** : to cover or equip with plate: as  **a** : to provide with armor plate  **b** : to cover with an adherent layer mechanically, chemically, or electrically; *also* : to deposit (as a layer) on a surface  **2** : to make a printing surface from or for  **3** : to fix or secure with a plate  **4** : to cause (as a runner) to score in baseball

¹**pla·teau** \pla-'tō, 'pla-ˌ\ *n, pl* **plateaus** *or* **pla·teaux** \-'tōz, -ˌtōz\ [F, fr. MF, platter, fr. *plat* flat] (1796)  **1 a** : a usu. extensive land area having a relatively level surface raised sharply above adjacent land on at least one side : TABLELAND  **b** : a similar undersea feature  **2 a** : a region of little or no change in a graphic representation  **b** : a relatively stable level, period, or condition  **3** : a level of attainment or achievement ⟨the 500-point ~⟩

²**plateau** *vi* (1939) : to reach a level, period, or condition of stability

**plate·glass** \'plāt-'glas, -ˌglas\ *adj, often cap* (1968) : of, relating to, or being the British universities founded in the latter half of the twentieth century — compare OXBRIDGE, REDBRICK

**plate glass** *n* (ca. 1741) : rolled, ground, and polished sheet glass

**plate·let** \'plāt-lət\ *n* (1895) : a minute flattened body (as of ice or a mineral); *esp* : BLOOD PLATELET

**plate·mak·er** \'plāt-ˌmā-kər\ *n* (1904) : a machine for making printing plates and esp. offset printing plates — **plate·mak·ing** \-kiŋ\ *n*

**plat·en** \'pla-t°n\ *n* [MF *plateine,* fr. *plate*] (1541)  **1** : a flat plate; *esp* : one that exerts or receives pressure (as in a printing press)  **2** : the roller of a typewriter or printer

**plat·er** \'plā-tər\ *n* (1777)  **1** : one that plates  **2 a** : a horse that runs chiefly in plate races  **b** : a racehorse that competes in the lowest grade of races

**plate rail** *n* (1902) : a rail or narrow shelf along the upper part of a wall for holding plates or ornaments

**plat·er·esque** \ˌpla-tə-'resk\ *adj, often cap* [Sp *plateresco,* fr. *platero* silversmith, fr. *plata* silver] (ca. 1864) : of, relating to, or being a 16th century Spanish architectural style characterized by elaborate ornamentation suggestive of silver plate

**plate tectonics** *n pl but sing in constr* (1969) : a theory in geology: the lithosphere of the earth is divided into a small number of plates which float on and travel independently over the mantle and much of the earth's seismic activity occurs at the boundaries of these plates — compare CONTINENTAL DRIFT

**plat·form** \'plat-ˌfȯrm\ *n, often attrib* [MF *plate-forme* diagram, map, lit., flat form] (1535)  **1** : PLAN, DESIGN  **2** : a declaration of the principles on which a group of persons stands; *esp* : a declaration of principles and policies adopted by a political party or a candidate  **3 a** (1) : a usu. raised horizontal flat surface; *esp* : a raised flooring (as for speakers or performers)  (2) : a device or structure incorporating or providing a platform; *esp* : such a structure on legs used for offshore drilling (as for oil)  **b** : a place or opportunity for public discussion  **4 a** : a usu. thick layer (as of cork) between the inner sole and outer sole of a shoe  **b** : a shoe having such a sole  **5** : a vehicle (as a satellite or aircraft) used for a particular activity or purpose or to carry a usu. specified kind of equipment

**platform balance** *n* (1811) : a balance having a platform on which objects are weighed — called also *platform scale*

**platform rocker** *n* (1944) : a chair that rocks on a stable platform

**platform tennis** *n* (1955) : a variation of paddle tennis that is played on a platform enclosed by a wire fence

**pla·ti·na** \ˌpla-'tē-nə\ *n* [Sp] (1750) : PLATINUM

**plat·ing** \'plā-tiŋ\ *n* (1831)  **1** : the act or process of plating  **2 a** : a coating of metal plates  **b** : a thin coating of metal

**plat·i·nize** \'pla-t°n-ˌīz\ *vt* **-nized; -niz·ing** (1825) : to cover, treat, or combine with platinum or a compound of platinum

**plat·i·no·cy·a·nide** \ˌpla-t°n-ō-'sī-ə-ˌnīd\ *n* (1845) : a fluorescent complex salt formed by the union of a compound of platinum and cyanide with another cyanide

**plat·i·num** \'plat-nəm, 'pla-t°n-əm\ *n, often attrib* [NL, fr. Sp *platina,* fr. dim. of *plata* silver — more at PLATE] (1812)  **1** : a heavy precious grayish white noncorroding ductile malleable metallic element that fuses with difficulty and is used esp. in chemical ware and apparatus, as a catalyst, and in dental and jewelry alloys — see ELEMENT table  **2** : a moderate gray

**platinum blonde** *n* (1931)  **1** : a person whose hair is of a pale silvery blonde color  **2** : the color of the hair of a platinum blonde

**plat·i·tude** \'pla-tə-ˌtüd, -ˌtyüd\ *n* [F, fr. *plat* flat, dull] (1812)  **1** : the quality or state of being dull or insipid  **2** : a banal, trite, or stale remark

**plat·i·tu·di·nal** \ˌpla-tə-'tüd-nəl, -'tyüd-; -'tü-d°n-əl, -'tyü-\ *adj* (1870) : PLATITUDINOUS

**plat·i·tu·di·nar·i·an** \-ˌtü-d°n-'er-ē-ən, -ˌtyü-\ *n* (1855) : one given to the use of platitudes

**plat·i·tu·di·nize** \-'tüd-n-ˌīz, -'tyüd-\ *vi* **-nized; -niz·ing** [*platitudinous*] (1885) : to utter platitudes

**plat·i·tu·di·nous** \-'tüd-nəs, -'tyüd-; -'tü-d°n-əs, -'tyü-\ *adj* [*platitude* + *-inous* (as in *multitudinous*)] (1862) : having the characteristics of a platitude : full of platitudes ⟨~ remarks⟩ — **plat·i·tu·di·nous·ly** *adv*

---

\ə\ abut  \ʻ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \t͟h\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision  \ä, k, ⁿ, œ, œ̄, ᵫ, ʸ\ *see* Guide to Pronunciation