IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-11783 (RWZ) |

**CYTOLOGIX CORPORATION'S MOTION FOR RECONSIDERATION OF THE MEMORANDUM OF DECISION DATED JUNE 20, 2006**

Plaintiff CytoLogix Corporation ("CytoLogix") hereby moves for reconsideration of the Memorandum of Decision dated June 20, 2006. CytoLogix respectfully contends that in view of settled authority from the United States Court of Appeals for the Federal Circuit, the Court's previous Order rests on a clear error of law. Filed with this motion and in support thereof are CytoLogix Corporation's Memorandum in Support of its Motion for Reconsideration of the Memorandum of Decision Dated June 20, 2006 and a supporting affidavit by Michael E. Zeliger, with exhibits.

|   |   |
|---|---|
| | **KIRKPATRICK & LOCKHART**<br>**NICHOLSON GRAHAM LLP** |
| Dated: July 5, 2006 | */s/ Michael E. Zeliger*<br>Michael E. Zeliger (BBO # 633654)<br>David A. Simons (BBO # 638740)<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111-2950<br>Tel: (617) 261-3100<br>*Attorneys for Plaintiff CytoLogix Corporation* |

BOS-984874 v1