IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 04-11783 (RWZ) |

### DECLARATION OF MICHAEL E. ZELIGER

I, Michael E. Zeliger, declare as follows:

1. I make this declaration in support of Plaintiff CytoLogix Corporation's Motion for Reconsideration of the Memorandum of Decision dated June 20, 2006.

2. I have been retained by the CytoLogix Corporation as counsel in connection with the litigation between CytoLogix Corporation and Ventana Medical Systems, Inc. I have personal knowledge of the facts set forth below.

3. I am an attorney at the law firm of Kirkpatrick & Lockhart Nicholson Graham, LLP.

4. Exhibit A is a true and correct copy of United States Patent No. 6,781,604 issued by the United States Patent and Trademark Office to William Douglas Poynter on August 24, 2004.

5. Exhibit B is a true and correct copy of United States Patent No. 7,043,237 issued by the United States Patent and Trademark Office to Thomas N. Snyder and Jerry Liu on May 9, 2006.

- 2 -

6.      Exhibit C is a true and correct copy of United States Patent No. 5,569,961 issued by the United States Patent and Trademark Office to James Durward et al. on August 19, 1997.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 5, 2006                              By:  */s/ Michael E. Zeliger*
                                                           Michael E. Zeliger