## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CYTOLOGIX CORPORATION,

       Plaintiff,

    v.

VENTANA MEDICAL SYSTEMS, INC.,

       Defendant.

CIVIL ACTION NO. 04-11783 (RWZ)

## MOTION FOR ADMISSION *PRO HAC VICE* OF SARAH ZIMMERMAN

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Sarah R. Zimmerman of Wilson Sonsini Goodrich & Rosati, P.C., One Market, Spear Tower, Ste. 3300, San Francisco, California, 94105, be admitted to appear on behalf of Ventana Medical Systems, Inc., and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1.     Ms. Zimmerman is and has been a member in good standing of the bar of the State of California since 2002;

2.     Ms. Zimmerman is and has been a member in good standing of the bar of the United States District Court for the Northern District of California since 2003;

3.     Ms. Zimmerman is and has been a member in good standing of the bar of the United States Court of Appeals for the Federal Circuit since 2005;

4.     There are no disciplinary proceedings pending against Ms. Zimmerman as a member of the bar in any jurisdiction;

5.    Ms. Zimmerman has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and

6.    In further support of this motion, Ms. Zimmerman has submitted herewith her Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Ms. Zimmerman's admission to practice before this Court *pro hac vice*.

Dated:  December 14, 2006                    VENTANA MEDICAL SYSTEMS, INC.

By its attorneys,

/s/ Michael S. D'Orsi
Peter E. Gelhaar (BBO #188310)
Michael S. D'Orsi (BBO #566960)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
Tel (617) 720-2880

## **CERTIFICATE OF GOOD STANDING**

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Sarah R. Zimmerman, Esq., hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

/s/ Sarah R. Zimmerman
Sarah R. Zimmerman, Esq.

Dated: December 14, 2006

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

The undersigned hereby certifies that counsel for Ventana Medical Systems, Inc. has conferred with counsel for Cytologix Corporation and Cytologix Corporation does not oppose this Motion.

/s/Michael S. D'Orsi
Michael S. D'Orsi

Dated: December 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 14, 2006.

/s/ Michael S. D'Orsi
Michael S. D'Orsi

Dated: December 14, 2006