IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 04-11783 (RWZ) |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of Jackson Ho, an associate in the law firm of Kirkpatrick Lockhart Preston Gates Ellis LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111-2950, as attorney for Plaintiff CytoLogix Corporation in the above entitled case.

        Respectfully submitted,

        /s/ Jackson Ho_____
        Jackson Ho (BBO# 663413)
        Kirkpatrick & Lockhart Preston Gates Ellis LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA 02111-2950

Dated: 4 January 2007

BOS-1041541 v1