IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 04-11783 (RWZ) |

## UNOPPOSED CYTOLOGIX MOTION TO ENLARGE TIME

Pursuant to Fed.R.Civ.P. 6(b)(1), CytoLogix moves the Court to extend a deadline to submit an opposition. Ventana served on CytoLogix a motion to dismiss for lack of jurisdiction on 13 February 2007. According to Local Rule 7.1(B)(2), the deadline for CytoLogix to submit an opposition to Ventana's motion to dismiss will be 27 February 2007. CytoLogix requests that the Court extend the deadline for CytoLogix to submit an opposition to Ventana's motion to dismiss by one week to 6 March 2007.

CytoLogix requests this extension because lead trial counsel, Michael E. Zeliger, has been sick for a week with bronchitis and is unable to commit the time necessary to complete CytoLogix's opposition by the 27th of February.

Pursuant to Local Rule 7.1(A)(2), CytoLogix attests that it has conferred with opposing counsel and that opposing counsel does not oppose a one week extension of the opposition deadline.

BOS-1057716 v1

- 2 -

Dated: 22 February 2007

                                                /s/ Jackson Ho
                                         Michael E. Zeliger (BBO # 633654)
                                         David A. Simons (BBO # 638740)
                                         Jackson Ho (BBO# 663413)
                                         KIRKPATRICK & LOCKHART
                                            PRESTON GATES ELLIS LLP
                                         State Street Financial Center
                                         Boston, MA 02111-2950
                                         Tel: (617) 261-3100
                                         *Attorneys for Plaintiff*
                                            *CytoLogix Corporation*

IT IS SO ORDERED this _____ day of _____, 2007.

                                            _____
                                            The Honorable Rya W. Zobel