IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 04-11783 (RWZ) |

## PLAINTIFF CYTOLOGIX CORPORATION'S MOTION TO IMPOUND

Pursuant to Local Rule 7.2 and this Court's order of December 1, 2005, Plaintiff CytoLogix Corporation hereby moves the Court for an order impounding: (1) Plaintiff CytoLogix Corporation's Opposition to Ventana's Motion to Dismiss for Lack of Jurisdiction, and (2) Declaration of Michael E. Zeliger in Support of CytoLogix's Opposition to Ventana's Motion to Dismiss for Lack of Jurisdiction.

As grounds for this motion, CytoLogix states that the Opposition and declaration include information designated as "Restricted Confidential Information" under the terms of the Stipulated Protective Order. The designated materials concern certain corporate transactions entered into by CytoLogix. Pursuant to this Court's order of December 1, 2005, CytoLogix has lodged the opposition and declaration with the Court under seal, with the "Confidential Information" highlighted.

The impoundment sought herein should continue until sixty days after entry of final judgment in this case. Thereafter, the materials shall be returned to counsel for CytoLogix.

Dated: March 6, 2007

                                    */s/ Michael E. Zeliger*
                                    Michael E. Zeliger (BBO # 633654)
                                    David A. Simons (BBO # 638740)
                                    Jackson Ho (BBO# 663413)
                                    KIRKPATRICK & LOCKHART
                                      PRESTON GATES ELLIS LLP
                                    State Street Financial Center
                                    One Lincoln Street
                                    Boston, MA 02111-2950
                                    Tel: (617) 261-3100
                                    *Attorneys for Plaintiff*
                                      *CytoLogix Corporation*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

     Counsel hereby certifies, in accordance with Local Rule 7.1(A)(2), that prior to filing this paper the parties have conferred and attempted in good faith to resolve or narrow the issues presented herein. Plaintiff has assented to this motion to impound.

                                    */s/ Michael E. Zeliger*
                                    Michael E. Zeliger