

Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
617.720.2880 ph.
617.720.3554 fx.
www.dcglaw.com

Michael S. D'Orsi
msd@dcglaw.com

August 7, 2007

**BY HAND**

Lisa Urso, Courtroom Clerk
  to the Hon. Rya W. Zobel
United States District Court
District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way - Suite 6110
Boston, MA 02210

  Re:    Cytologix Corp. v. Ventana Medical Systems, Inc.
          United States District Court - District of Massachusetts
          Civil Action No. 04-11783-RWZ

Dear Ms. Urso:

      I write to advise the Court of additional evidence that is relevant to Ventana's pending motion to dismiss for lack of jurisdiction. The document, attached as Exhibit A hereto, relates to the issues discussed in Section IIB.2 of the Reply Memorandum of Defendant Ventana Medical Systems, Inc. in Support of Its Motion to Dismiss for Lack of Jurisdiction (March 28, 2007) (Docket No. 82). I would be grateful if you would bring this matter to the Court's attention. Thank you.

                              Sincerely,

                              Michael S. D'Orsi

MSD/jlf
enclosures
  cc:    Michael E. Zeliger, Esq. **(By Hand)**
          Roger J. Chin, Esq. **(By First-Class Mail)**
          Ron E. Shulman, Esq. **(By First-Class Mail)**