IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>          Plaintiff,<br><br>v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>          Defendant. | Civil Action No. 04-11783 (RWZ) |

**DECLARATION OF DAVID A. SIMONS ATTACHING EXHIBITS IN SUPPORT OF CYTOLOGIX'S MOTION FOR REMAINING CLAIM CONSTRUCTION AND PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT**

I, David A. Simons, am an attorney at Kirkpatrick & Lockhart Preston Gates Ellis LLP, counsel for the Plaintiff, CytoLogix Corporation.  Under penalty of perjury, I declare the following to be true to the best of my knowledge, information, and belief:

1. Attached as Ex. A is a true and correct copy of U.S. Patent No. 6,541,261.

2. Attached as Ex. B is a true and correct copy of U.S. Patent No. 6,783,733

3. Attached as Ex. C is a true and correct copy of Defendant's Objections and Third Amended Responses to Interrogatory Nos. 3-6.  **[UNDER SEAL]**

4. Attached as Ex. D is a true and correct copy of p. 891 from Webster's Collegiate Dictionary (10th ed. 1996).

5. Attached as Ex. E is a true and correct copy of excerpts from the deposition of Geoffrey D. Nunberg, taken April 20, 2006.

6. Attached as Ex. F is a true and correct copy of an excerpt from Ventana's Proposed Jury Instructions and Verdict Form in Case Nos. 00-12231 and 01-10178.

7. Attached as Ex. G. is a true and correct copy of an excerpt from Plaintiff's Proposed Jury Instructions in Case Nos. 00-12231 and 01-10178.

8. Attached as Ex. H is a true and correct copy of this Court's Jury Instructions re Claim Construction, attached as A31 to Ventana's Appeal Brief in Case Nos. 00-12231 and 01-10178.

9. Attached as Ex. I is a true and correct copy of excerpts from the BenchMark® XT and BenchMark LT Operator Manual (VM 1-8, 10-13, 20, 26-27, 32-40, 47-59, 112-119, 124, 170-174, 218). **[UNDER SEAL]**

10. Attached as Ex. J is a true and correct copy of excerpts from the BenchMark® XT and BenchMark LT Service Manual (VM 425-435, 444-446, 448-456, 465-468, 470-471, 475-476, 486-488, 667, 672, 676-677, 695-696, 708, 724, 727-728). **[UNDER SEAL]**

11. Attached as Ex. K is a true and correct copy of excepts from the first deposition of William Richards, taken January 13, 2006 (pp. 1-41). **[UNDER SEAL]**

12. Attached as Ex. L is a true and correct copy of the second deposition of William Richards, taken March 13, 2007, along with Deposition Exs. 1-6 and 8. **[UNDER SEAL]**

13. Attached as Ex. M is a true and correct copy of excerpts from the deposition of Andrew Ghusson, taken September 8, 2005 (pp. 1-9, 42-65, and Deposition Exhibit 1). **[UNDER SEAL]**

14. Attached as Ex. N is a true and correct copy of the deposition of Wayne Allen Showalter, taken March 15, 2007. **[UNDER SEAL]**

Dated: September 27, 2007                     _____/s/ David A. Simons_____

                                                                     David A. Simons (BBO # 638740)

- 3 -

## **CERTIFICATE OF SERVICE**

     I hereby certify that I caused the redacted version of the foregoing declaration and exhibits to be served electronically on counsel of record by filing it with the CM/ECF system. I further certify that on this 27th day of September, 2007, I caused a copy of the unredacted version to be served by first class mail, postage prepaid, Defendant's counsel as follows:

Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300


                                             /s/ *David A. Simons*