# Exhibit H

Appeal No. 04-1446

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**CYTOLOGIX CORPORATION,**

Plaintiff-Cross Appellant,

v.

**VENTANA MEDICAL SYSTEMS, INC.,**

Defendant-Appellant.

Appeal from the United States District Court
Massachusetts in 1:00-CV-12231
Judge Rya W. Zobel

# BRIEF FOR DEFENDANT-APPELLANT
# VENTANA MEDICAL SYSTEMS

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Philip S. Beck
Sean W. Gallagher
Brian C. Swanson
54 West Hubbard Street – Suite 300
Chicago, IL 60610
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

August 30, 2004        *Attorneys for Ventana Medical Systems, Inc.*

## The '693 Patent

**Random Access:** the capability of an instrument to perform any of a list of procedures to any of a plurality of biologic samples mounted on microscope slides.

**Temperature Controller:** the switch, power amplifier or like device that directly adjusts the flow of electric power to one or more heating elements. The temperature controller includes a means for converting temperature data.

**User Interface:** the device(s) through which the user (operator of the instrument) inputs information into the instrument.

**In Communication With:** ongoing, back and forth communication.

**Communicating Data to Regulate the Electrical Power:** communicating data from the user interface for the purpose of regulating and adjusting electrical power to the heating elements.

**Temperature Controller Electronic Circuit:** electronic components, wiring, and printed circuit board which comprise the power amplifying device and decoder.

**Data Communication Link:** connection through which data is transmitted.