**K&L | GATES**

Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

T 617.261.3100   www.klgates.com

FILED
IN CLERKS OFFICE
2007 SEP 27 P 2: 18
U.S. DISTRICT COURT
DISTRICT OF MASS.

September 27, 2007

**BY HAND**

Lisa Urso
Courtroom Clerk to the Hon. Rya W. Zobel
United States District Court District of
   Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way - Suite 6110
Boston, MA 02210

Re:   <u>Cytologix Corp. v. Ventana Medical Systems, Inc.</u>, Civil Action No. 04-11783-RWZ

Dear Ms. Urso:

I write to advise the Court of additional evidence that is relevant to Ventana's pending motion to dismiss for lack for jurisdiction (Docket No. 73). The document, attached as Exhibit A hereto, are notes regarding a September 16, 2002 public stock analysts meeting where Ventana announced that "Dako did not buy the litigation – cytologix ... still owns the patents and they are litigating." The notes were taken by Timothy J. Lee. I would be grateful if you would bring this letter and document to the Court's attention. Thank you.

Very truly yours,

*/s/ Jackson Ho/*

Jackson Ho

enclosures
cc:   Michael S. D'Orsi, Esq. **(By Hand)**
      Roger J. Chin, Esq. **(By First-Class Mail)**
      Ron E. Shulman, Esq. **(By First-Class Mail)**

BOS-1126389 v1