FILED
IN CLERKS OFFICE

2007 SEP 27  P 2: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

# EXHIBIT A

| | |
|---|---|
| 9/16/02 | VMSI -- |

Have 150 discovery systems in the field --
Most of the major drug companies are using the systems.

Working on a image analyzer

Market growth -- driven by aging demographics and increase in reimbursement --
Reimbursement -- improved over the past several years
Labor shortage -- 20% vacancy -- at the histotech level.

IHC tests - $2.50 a test -- when done manually -- VMSI charges $10 a test

Think anatomical pathology market is at $1B growing at 15%.

VMSI targeting $105MM in '02 -- were a tad higher at $106

Questions -
Cytologix litigation -- Dako did not buy the litigation -- cytologix is still owns the patents --
and they are litigating. Two cases pending -- patent -- cytologix will try to invalidate VMSI's
heating technolgy. The suit is costing VMSI money.

Benchmark XT -- will be ready for sale on 10/31 -- will be out in limited sites -- the benchmark
is still selling well - did not want to defocus the sales force. Will roll out in force in '03 --
Have built about 20-30 systems -

Reagents -
NexES -- was $30K in reagents
Benchmark -- significantly higher -

Special stains -- 500 systems worldwide

Will file Gleevec in November -

Her2 -- its about a $45 test --

HPV -- the pathologists get $70 to look at the slide --
VMSI is a slide based test -- Digene -- you get a black box -- there is no professional component

The growth in next years numbers --
The XT -- and Benchmark -- still be 70% of the Mix.
Most of the reagents for next year -- is available today

ASP on the Benchmark -$65-70
$85-90K for the XT

1pr

Those that use 1000 HPV tests annually can get a rental unit for fre

Hit rate on placements -- 95%



RESTRICTED CONFIDENTIAL    LEE000135
- SUBJECT TO PROTECTIVE
ORDER