UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11783-RWZ

CYTOLOGIX CORPORATION

v.

VENTANA MEDICAL SYSTEMS

ORDER

September 28, 2007

ZOBEL, D.J.

On September 27, 2007, plaintiff CytoLogix filed a motion for Summary Judgment of Remaining Claims and Infringement (Docket #91). Pending resolution of an outstanding motion to dismiss for lack of jurisdiction (#73), defendant Ventana need not file an opposition to the motion for summary judgment.


|   September 28, 2007   | /s/Rya W. Zobel |
|---|---|
| DATE | RYA W. ZOBEL |
| | UNITED STATES DISTRICT JUDGE |