**DCG**

**Donnelly, Conroy & Gelhaar, LLP**
One Beacon Street, 33rd Floor
Boston, MA 02108
617.720.2880 ph.
617.720.3554 fx.
www.dcglaw.com

Michael S. D'Orsi
msd@dcglaw.com

October 3, 2007

**BY HAND**

Lisa Urso, Courtroom Clerk
    to the Hon. Rya W. Zobel
United States District Court
District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way - Suite 6110
Boston, MA  02210

Re:     Cytologix Corp. v. Ventana Medical Systems, Inc.
        United States District Court - District of Massachusetts
        Civil Action No. 04-11783-RWZ

Dear Ms. Urso:

        I write to advise the Court of a recently-issued precedential opinion by the Court of
Appeals for the Federal Circuit, entitled *Morrow v. Microsoft Corp.*, No. 2006-1512, Slip Op.
(Fed. Cir. Sept. 19, 2007).  The opinion is attached hereto as Exhibit A.  We believe that this
opinion is highly relevant to issues relating to Ventana's pending motion to dismiss for lack of
jurisdiction, Docket No. 73.  I would be grateful if you would bring this matter to the Court's
attention.  Thank you.

                        Sincerely,

                        *Michael DO*

                        Michael S. D'Orsi

MSD/jlf
enclosure
cc:     Michael E. Zeliger, Esq. **(By Hand)**
        Roger J. Chin, Esq. **(By First-Class Mail)**
        Ron E. Shulman, Esq. **(By First-Class Mail)**