IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 04-11783 (RWZ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF AND FOR LEAVE TO FILE THE SAME UNDER SEAL**

Plaintiff CytoLogix Corporation ("CytoLogix") hereby moves for leave to file a supplemental brief in opposition to Defendant's Motion to Dismiss (D.I. 73) and further moves for leave to file the same under seal. The basis for this request is the emergence of additional, relevant evidence. The evidence further shows that CytoLogix now has standing and has had standing to prosecute this action since its inception. Moreover, the evidence specifically negates Defendant's stated concern that it could be subject to duplicative litigation concerning the patents-in-suit. The new evidence includes communications between CytoLogix and its licensee, Dako Denmark A/S ("Dako"). These communications are confidential to Dako and CytoLogix. Accordingly, CytoLogix requests permission to file its proposed supplemental materials under seal. CytoLogix' supplemental brief would not exceed three pages in length.

BOS-1132044 v1

| | |
|---|---|
| Dated: October 15, 2007 | */s/ Michael E. Zeliger*_____ |

                                              Michael E. Zeliger (BBO # 633654)
                                              David A. Simons (BBO # 638740)
                                              Jackson Ho (BBO# 663413)
                                              KIRKPATRICK & LOCKHART
                                                PRESTON GATES ELLIS LLP
                                              State Street Financial Center
                                              One Lincoln Street
                                              Boston, MA 02111-2950
                                              Tel: (617) 261-3100
                                              *Attorneys for Plaintiff*
                                                  *CytoLogix Corporation*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

On October 12, 2007, counsel for Plaintiff, Michael Zeliger, conferred with counsel for Ventana, Roger Chin, by telephone in a good faith effort to resolve or narrow the issues raised in this Motion. Agreement was not reached.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF AND TO FOR LEAVE TO FILE THE SAME UNDER SEAL was served on this 15th day of October, 2007 to counsel of record by the Court's ECF system.

                                                           /s/ *Michael E. Zeliger*_____