UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CYTOLOGIX CORP.**
                **Plaintiff**

   V.

**VENTANA MEDICAL SYSTEMS, INC.**
                **Defendant**

**CIVIL ACTION**

**NO. 04CV11783-RWZ**

## JUDGMENT

**ZOBEL, D. J.**

   In accordance with the MEMORANDUM OF DECISION AND ORDER entered on 10/17/07;

**Judgment is entered DISMISSING the complaint.**

                                          By the Court,

  **10/17/07**                                    **s/ Lisa A. Urso**
**Date**                                            **Deputy Clerk**