IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>  Defendant. | Civil Action No. 04-11783 (RWZ) |

**DECLARATION OF MICHAEL E. ZELIGER IN SUPPORT OF CYTOLOGIX CORPORATION'S MOTION FOR RECONSIDERATION AND TO AMEND JUDGMENT**

I, Michael E. Zeliger, am an attorney at Kirkpatrick & Lockhart Preston Gates Ellis LLP, counsel for the Plaintiff, CytoLogix Corporation ("CytoLogix"). Under penalty of perjury, I declare the following to be true to the best of my knowledge, information, and belief:

1. Attached as Ex. A is a true and correct copy of a precedential slip opinion downloaded from the Federal Circuit Website captioned *IpVenture, Inc. v. Prostar Computer, Inc.* No. 2006-1012,-1081, slip op. (Fed.Cir. Sept 28, 2007).

2. Attached as Ex. B is a true and correct copy of a letter from Dako Denmark A/S to CytoLogix dated 4 September 2007. **[UNDER SEAL]**

3. Attached as Ex. C is a true and correct copy of a letter from Dako Denmark A/S to CytoLogix dated 9 October 2007. **[UNDER SEAL]**

Dated: October 31, 2007                             _____/s/ Michael E. Zeliger_____

BOS-1135396 v1

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused the redacted version of the foregoing declaration and exhibits to be served electronically on counsel of record by filing it with the CM/ECF system. I further certify that on this 31 day of October, 2007, I caused a copy of the unredacted version to be served, by first class mail, postage prepaid, on Defendant's counsel as follows:

Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300

                                                                                _____/s/ *Jackson Ho*_____