# EXHIBIT B


Dako

Mr. Steve Bogen
Department of Pathology & Laboratory Medicine
Boston University School of Medicine
715 Albany St., L803
Boston, MA 02118
USA

4 September 2007
VHA/pli

Our ref. M0867

Dear Steve

**REDACTED**

Best regards
**Dako**

Patrik Dahlén
President, CEO

Dako Denmark A/S | Produktionsvej 42 | Tel. +45 44 85 95 00 | CVR No. 33 21 13 17
DK-2600 Glostrup | Fax +45 44 85 95 95
Denmark | www.dako.com

CytoLogix 00002
Restricted Confidential