IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>              Plaintiff,<br><br>   v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>              Defendant. | Civil Action No. 04-11783 (RWZ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, CytoLogix Corporation ("CytoLogix"), hereby appeals to the United States Court of Appeals for the Federal Circuit from the judgment entered in this action on October 17, 2007 dismissing the complaint, from the order entered in this action on October 17, 2007 granting Defendant's Motion to dismiss for lack for jurisdiction, from the order entered in this action on June 20, 2006 denying CytoLogix's motion for summary judgment, and from any interlocutory orders and rulings that have merged into these orders and judgments.

Dated: November 16, 2007
                                                                                                                   /s/ Jackson Ho

                                                                         Michael E. Zeliger (BBO # 633654)
                                                                         David A. Simons (BBO # 638740)
                                                                         Jackson Ho (BBO# 663413)
                                                                         KIRKPATRICK & LOCKHART
                                                                           PRESTON GATES ELLIS LLP
                                                                         State Street Financial Center
                                                                         One Lincoln Street
                                                                         Boston, MA 02111-2950
                                                                         Tel: (617) 261-3100
                                                                         *Attorneys for Plaintiff*
                                                                            *CytoLogix Corporation*

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing NOTICE OF APPEAL was served on this 16th day of November, 2007 to counsel of record by the Court's ECF system.

                                                                                                             _____/s/ *Jackson Ho*_____