AO 149
(6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

☑ United States District Court for the _District of Massachusetts_
___ United States Court of International Trade
___ United States Claims Court

Type of case: _Cause: 28 1338 Patent Infringement_

v.

Plaintiff(s) _Cytologix Corp._   Defendant(s) _Ventana Medical Systems, Inc._

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. _04-11783_   Date of Judgment or Order _10/17/2007_

Cross or related appeal? _____   Date of Notice of Appeal _11/16/2007_

Appellant is: ☑ Plaintiff   ___ Defendant   ___ Other (explain) _____

FEES:   Court of Appeals Docket Fee Paid?   ☑ Yes   ___ No
        U.S. Appeal?   ___ Yes   ___ No
        In forma pauperis?   ___ Granted   ___ Denied
                             ___ Revoked   ___ Pending   ___ Never requested

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

_Michael E. Zeliger_                    _Charles T. Reichmann_
_Kirkpatrick & Lockhart_                _Wilson, Sonsini, Goodrich & Rosati P.C._
_State Street Financial Center_         _One Market_
_One Lincoln Street_                    _Spear Tower Suite 3300_
_Boston, MA 02111-2950 617-261-3100_    _San Francisco, CA 94105_
                                        _617-261-0555_

COURT REPORTER (Name and telephone): _Handel, Catherine_

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.