IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYTOLOGIX CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>VENTANA MEDICAL SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No. 04-11783 (RWZ) |

## AMENDED NOTICE OF APPEAL TO THE FEDERAL CIRCUIT

Notice is hereby given that Plaintiff, CytoLogix Corporation ("CytoLogix"), hereby appeals to the United States Court of Appeals for the Federal Circuit from the order entered in this action on November 28, 2007 denying CytoLogix's motion to alter judgment, from the judgment entered in this action on October 17, 2007 dismissing the complaint, from the order entered in this action on October 17, 2007 granting Defendant's motion to dismiss for lack of jurisdiction, from the order entered in this action on June 20, 2006 denying CytoLogix's motion for summary judgment, and from any interlocutory orders and rulings that have merged into these orders and judgments.

- 2 -

Dated: November 29, 2007
        /s/ Jackson Ho

Michael E. Zeliger (BBO # 633654)
David A. Simons (BBO # 638740)
Jackson Ho (BBO# 663413)
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Tel: (617) 261-3100
*Attorneys for Plaintiff*
  *CytoLogix Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing AMENDED NOTICE OF APPEAL was served on this 29th day of November, 2007 to counsel of record by the Court's ECF system.

        /s/ *Jackson Ho*