AO 149
(6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

__✓__ United States District Court for the _District of Massachusetts_
_____ United States Court of International Trade
_____ United States Claims Court

Type of case: _28: 1338 Patent Infringement_

v.

Plaintiff(s) _Cytologix Corp._    Defendant(s) _Ventana Medical Systems, Inc._

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. _04-CV-11783_    Date of Judgment or Order _12/17/2007_

Cross or related appeal? _____    Date of Notice of Appeal _11/29/2007 amended_

Appellant is: __✓__ Plaintiff  ___ Defendant  ___ Other (explain) _____

FEES:   Court of Appeals Docket Fee Paid?    ___ Yes    ___ No
        U.S. Appeal?    ___ Yes    ___ No
        In forma pauperis?    ___ Granted    ___ Denied
                              ___ Revoked    ___ Pending    ___ Never requested

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

_Michael E. Zeliger_                     _Peter E. Gelhaar_
_Kirkpatrick & Lockhart Preston Gates Ellis LLP_    _Donnelly, Conroy & Gelhaar, LLP_
_State Street Financial Center_          _One Beacon Street 33rd Floor_
_One Lincoln Street_                     _Boston, MA 02108_
_Boston, MA 02110-2950_                  _617-720-2880_
_617-261-3100_

COURT REPORTER (Name and telephone): _617-261-0555_
_Catherine Handel_

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.