**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

2008-1111

CYTOLOGIX CORP.,

                Plaintiff-Appellant,

v.

VENTANA MEDICAL SYSTEMS, INC.,

                Defendant-Appellee.

O R D E R

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,



Jan Horbaly
Clerk

02/11/08

cc: Clerk's Office, DCT
Jeffrey L. Snow
Mark A. Pals

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 1 2008

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 02/11/08

CYTOLOGIX V VENTANA MEDICAL, 2008-1111
DCT - 04-CV-11783

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 2/11/08